MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Axle of Dearborn, Inc., et al,

    Plaintiff(s),

v.

Detroit IT, LLC, et al,

    Defendant(s).

Case No. 21-cv-10163

Judge Stephanie Dawkins Davis

Magistrate Judge Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Detroit IT, LLC__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: January 25, 2021

Signature

P76675
Bar No.

30665 Northwestern Hwy, Suite 200
Street Address

Farmington Hills, MI 48334
City, State, Zip Code

(248) 855-2233
Telephone Number

ewarren@jrlawplc.com
Primary Email Address