STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
BUSINESS DIVISION

Custom Home Health, Inc.,

    Plaintiff,

v.

Detroit IT, LLC ,

    Defendant.
_____/

Case No. 20-181970-CB

Hon. Martha D. Anderson

MILLER, CANFIELD, PADDOCK
   and STONE, P.L.C.
Joseph G. Vernon (P68951)
Jeffrey A. Crapko (P78487)
Anita C. Marinelli (P81986)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
_____/

Proposed **ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND REQUIRING DEFENDANT TO SHOW CAUSE**

At a session of said Court, held in the City of Pontiac, County of Oakland, State of Michigan, on   6/26/2020

PRESENT:   HON. MARTHA D ANDERSON
                Honorable Martha D. Anderson

This matter having come before the Court on Plaintiff Custom Home Health, Inc.'s Emergency Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, the Court finds as follows:

Upon review of Plaintiff Custom Home Health, Inc.'s Verified Complaint, Emergency Motion, and Brief in Support, and being otherwise advised in the premises, it appears that Defendant Detroit IT, LLC may be improperly withholding the requested login access credentials and interfering with Plaintiff's relationships with its patients and new IT service provider.

FILED   Received for Filing   Oakland County Clerk   6/26/2020 4:25 PM

It further appears that Plaintiff will suffer irreparable harm if this order is not entered because Plaintiff and its new IT service provider will be unable to access and use Plaintiff's own computers, network servers, and devices, compromising Plaintiff's ability to provide services to its patients, and putting patient well-being and the security of patient data at risk.

It further appears necessary to enter this order without notice to Defendant given the above-described irreparable harm that will occur if Plaintiff's information technology is in any way breached or compromised, either before or during Plaintiff's transition to its new IT service provider.

IT IS HEREBY ORDERED THAT Defendant Detroit IT SHALL DELIVER TO CUSTOM by ~~Monday, June 29,~~ **Tuesday, June 30th** 2020 at 5:00 p.m., all passwords, access information, and other information required to facilitate Custom's transition to its new IT service provider, including but not limited to:

(i) domain administrator login credentials and passwords for Custom's Windows domain;

(ii) Global Administrator login credentials and passwords for Custom's Microsoft 365 tenant;

(iii) administrator login credentials and passwords to Custom's Meraki console;

(iv) administrator login credentials and passwords for Custom's switches, firewalls, routers, and any other network devices;

(v) Custom's current backup solution, including onsite and offsite storage locations;

(vi) Custom's antivirus and remote machine management products; and

      (vii)    administrator access to Microsoft VLSC portal (and any copies of Custom's Microsoft server licensing);

IT IS FURTHER ORDERED that Detroit IT is HEREBY RESTRAINED AND ENJOINED from altering the status quo or otherwise imperiling Custom's information technology during its transition to a new IT service provider, which is expected to take 10-14 days;

IT IS FURTHER ORDERED that Detroit IT shall appear before this Court to show cause why a preliminary injunction should not be entered ~~by Wednesday, July 1, 2020;~~ **on July 29, 2020 at 10:00 a.m. to be conducted via Zoom video conference. Plaintiff shall file a NOH & Praecipe.**

IT IS FURTHER ORDERED that a copy of this Order **& all pleadings and papers filed in this case** shall be served upon Detroit IT's resident agent and president, Eric Grundlehner, and its prior designated counsel, Jason Yert, by email and via Federal Express (or similar service) overnight delivery; **on or before 12:00 p.m. on Monday, June 29, 2020.**

IT IS FURTHER ORDERED, that, given the nature of this controversy, bond is deemed unnecessary; and

IT IS FURTHER ORDERED, that this order shall **continue until further Order of this Court.** ~~expire within fourteen days of entry, unless continued by a subsequent order of the Court.~~

This is not a ~~Final~~ **F**inal **O**rder and does not close the case.

                                                /s/ Martha Anderson
                                                Honorable Martha D. Anderson
                                                Circuit Court Judge

36096930.1\158296-00002