IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; and **DETROIT AXLE QSSS, INC.**, a Michigan corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>**DETROIT IT, LLC**, a Michigan limited liability company and **ERIC GRUNDLEHNER**, an individual,<br><br>              Defendants. | Case No. 21-cv-10163<br>Hon. Stephanie Dawkins Davis |

## NOTICE OF COMPLIANCE WITH ORDER REGARDING PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs Axle of Dearborn, Inc. d.b.a. Detroit Axle, Detroit Axle, Inc., and Detroit Axle QSSS, Inc. (collectively, "Detroit Axle" or "Plaintiffs"), through their attorneys, Jaffe, Raitt, Heuer & Weiss, P.C., submit this Notice of Compliance with Order Regarding Plaintiffs' *Ex Parte* Motion For Entry of Temporary Restraining Order and Preliminary Injunction, and states:

1.   On January 27, 2020, at 10:23 a.m., the Court issued its Order Regarding Plaintiffs' *Ex Parte* Motion For Entry of Temporary Restraining Order and Preliminary Injunction (the "Order"). ECF No. 12, PageID.697-704

5117411

2.      Pursuant to the Court's Order, Detroit Axle's counsel immediately, upon receiving the Court's Order, at 10:53 a.m., contacted Defendants' counsel and served Defendants with Detroit Axle's Motion for Temporary Restraining Order and Preliminary Injunction and all exhibits. **Exhibit A**.

3.      Detroit Axle shall further comply with the Court's Order to "notify the court of the parties' earliest availability to participate in a telephonic status conference with the court" once it receives Defendants' availability. ECF No. 12, PageID.704.

By:     /s/Jonathan H. Schwartz
Jonathan H. Schwartz (P70819)
Mark L. Kowalsky (P35573)
Jonathan E. Sriro (P52100)
Benjamin M. Low (P82834)
Jaffe Raitt Heuer & Weiss,PC
Attorneys for Plaintiffs
27777 Franklin Road, Suite 2500
Southfield, MI 48034
248.351.3000
jschwartz@jaffelaw.com
mkowalsky@jaffelaw.com
jsririo@jaffelaw.com
benlow@jaffelaw.com

5117411