UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AXLE OF DEARBORN, INC., d/b/a
DETROIT AXLE, a Michigan corporation;
DETROIT AXLE, INC., a Michigan corporation;
and DETROIT AXLE QSSS, INC., a Michigan corporation,

    Plaintiffs,

v.

DETROIT IT, LLC, and ERIC GRUNDLEHNER.,

    Defendants.

Case No. 21-cv-10163
Hon. Stephanie Dawkins Davis
Magistrate Anthony P. Patti

## **NOTICE OF PRODUCTION**

Defendants Detroit IT, LLC ("Detroit IT") and Eric Grundlehner (together "Defendants") hereby give Notice that on February 4-5, 2021, by and though counsel, Defendants produced to Plaintiffs the information identified by Plaintiffs in ECF No. 20-2, PageID 968-967, ¶ 49, via the attached correspondence.

    Respectfully submitted,

    By: /s/ Emily R. Warren
    Emily Warren (P76675)
    Joelson Rosenberg, PLC
    30665 Northwestern Hwy., Ste 200
    Farmington Hills, MI  48334
    (248) 626-9966 fax: (248) 855-2388
    ewarren@jrlawplc.com

Dated:  February 5, 2021

## **PROOF OF SERVICE**

The undersigned certifies that on February 5, 2021, the foregoing document was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as disclosed on the pleadings via the Court's ECF system.

Dated: February 5, 2021 /s/ Emily R. Warren
Emily R. Warren