UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AXLE OF DEARBORN, INC., d/b/a
DETROIT AXLE, a Michigan corporation;
DETROIT AXLE, INC., a Michigan corporation;
and DETROIT AXLE QSSS, INC., a Michigan
corporation,

    Plaintiffs,

v.

DETROIT IT, LLC, and ERIC
GRUNDLEHNER.,

    Defendants,

and

DETROIT IT, LLC,

    Counterclaim Plaintiff,

v.

AXLE OF DEARBORN, INC., d/b/a
DETROIT AXLE, a Michigan corporation;
DETROIT AXLE, INC., a Michigan corporation;
and DETROIT AXLE QSSS, INC., a Michigan
corporation,

    Counterclaim Defendants.

Case No. 21-cv-10163
Hon. Stephanie Dawkins Davis
Magistrate Anthony P. Patti

## INDEX OF EXHIBITS
DETROIT IT, LLC'S COUNTERCLAIM

Exhibit 1:    Price Quote 21372

Exhibit 2:    Terms and Conditions

Exhibit 3:     Price Quote 21390

Exhibit 4:     Price Quote 21392

Exhibit 5:     Price Quote 21434

Exhibit 6:     Price Quote 21437

Exhibit 7:     Price Quote 21450

Exhibit 8:     Price Quote 21460

Exhibit 9:     Price Quote 21465

Exhibit 10:    Price Quote 21467

Exhibit 11:    Price Quote 21462

Exhibit 12:    Price Quote 21445

Exhibit 13:    Price Quote 21565

Exhibit 14:    Price Quote 21594

Exhibit 15:    Emails of December 9-13, 2020

Exhibit 16:    Emails December 16-17, 2020

Exhibit 17:    Help Tickets

Exhibit 18:    Unpaid Charges

Exhibit 19:    Emails RE: Unpaid Invoices

Exhibit 20:    Equipment List

Exhibit 21:    Equipment Owned by Detroit IT, LLC