# **EXHIBIT 1**



# PRICE QUOTE

Quote 21372
Quote Date: Apr 16, 2020
Quote Expiration: Apr 30, 2020
Sales Rep: Eric G.

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

# Detroit, Michigan

| Name | Price | QTY | Subtotal |
|---|---|---|---|
| **MANAGED SERVICES (NETWORK)** | | | |
| ☑ Managed Network Firewall<br>Expert Care | $▇ | 1 | $▇ |
| ☑ Managed Network Switch*<br>Expert Care | $▇ | 4 | $▇ |
| ☑ Managed Access Point*<br>Expert Care | $▇ | 15 | $▇ |
| | | | $▇ |
| **MANAGED SERVICES (SERVERS)** | | | |
| ☑ Managed Physical Server<br>Expert Care | $▇ | 1 | $▇ |
| ☑ Managed Virtual Servers<br>Expert Care | $▇ | 4 | $▇ |
| ☐ Managed Storage Array<br>Expert Care | $▇ | 0 | $0.00 |
| | | | $▇ |



# PRICE QUOTE

| MANAGED SERVICES (CLIENT DEVICES) | | | |
|---|---|---|---|
| ☑ Managed Workstation*<br>Pro Care | $5█ | 50 | $█ |
| ☑ Managed Network Printer<br>Pro Care | $1█ | 5 | $█ |
| | | | $█ |
| **CLOUD SERVICES** | | | |
| ☐ Microsoft Office 365 Business Essentials | █ | 0 | █ |
| ☐ Microsoft Office 365 Business Premium | $█ | 15 | █ |
| ☐ Microsoft Office 365 E1 | | 0 | |
| ☐ Microsoft Office 365 E3 | $█ | 0 | █ |
| ☑ Cloud Backup Appliance<br>1 Server Up to 1TB | $2█ | 3 | █ |
| | | | $█ |
| **SECURITY SERVICES** | | | |
| ☐ Email Security | $█ | 0 | █ |
| ☐ Security Awareness Training | $█ | 0 | █ |
| ☑ Endpoint Protection for Workstations | $█ | 50 | $█ |
| ☑ Endpoint Protection for Servers | $█ | 3 | █ |
| ☐ Two Factor Authentication | $█ | 0 | █ |
| ☐ Office 365 Security | $█ | 0 | █ |
| | | | $█ |

|  |  |
|---|---|
| Subtotal | $4,460.50 |
| 3 Year Agreement Discount (█%) | -$669.08 |



# PRICE QUOTE

**Estimated Monthly Total**     **$3,791.42**

## Juarez, Chihuahua

| Name | Price | QTY | Subtotal |
|---|---|---|---|
| **MANAGED SERVICES (NETWORK)** | | | |
| ☑ Managed Network Firewall<br>Expert Care | $▮ | 1 | ▮ |
| ☑ Managed Network Switch<br>Expert Care | $▮ | 8 | $▮ |
| ☑ Managed Access Point<br>Expert Care | $▮ | 49 | $▮ |
| | | | $▮ |
| **MANAGED SERVICES (SERVERS)** | | | |
| ☑ Managed Physical Server<br>Expert Care | $▮ | 1 | $▮ |
| ☑ Managed Virtual Servers<br>Expert Care | $▮ | 3 | $▮ |
| ☐ Managed Storage Array<br>Expert Care | $▮ | 0 | |
| | | | $▮ |
| **MANAGED SERVICES (CLIENT DEVICES)** | | | |
| ☑ Managed Workstation<br>Pro Care | $▮ | 9 | $▮ |
| ☐ Managed Network Printer<br>Pro Care | $▮ | 25 | $▮ |
| | | | $▮ |

# PRICE QUOTE

| CLOUD SERVICES | | | |
|---|---|---|---|
| ☐ Microsoft Office 365 Business Essentials | ▇ | 0 | ▇ |
| ☐ Microsoft Office 365 Business Premium | $▇ | 15 | $▇ |
| ☐ Microsoft Office 365 E1 | ▇ | 0 | ▇ |
| ☐ Microsoft Office 365 E3 | $▇ | 0 | ▇ |
| ☑ Cloud Backup Appliance<br>1 Server Up to 1TB | $2▇ | 2 | $▇ |
| | | | $▇ |
| **SECURITY SERVICES** | | | |
| ☐ Email Security | $▇ | 0 | ▇ |
| ☐ Security Awareness Training | $▇ | 0 | ▇ |
| ☑ Endpoint Protection for Workstations | $▇ | 15 | $▇ |
| ☑ Endpoint Protection for Servers | $▇ | 3 | $▇ |
| ☐ Two Factor Authentication | $▇ | 1 | ▇ |
| ☐ Office 365 Security | $▇ | 0 | ▇ |
| | | | $▇ |

|  |  |
|---|---|
| Subtotal | $2,373.00 |
| 3 Year Agreement Discount (▇%) | -$355.95 |
| **Estimated Monthly Total** | **$2,017.05** |

**Stabilization Fee (2-3 Times a Week, 4-6 Hours, Total 50 Hours): $5,525.00**

*Note: Actual quantities to be confirmed after first 30 days.

AGREED TO AND ACCEPTED:

# PRICE QUOTE

*Michael J McCauley*

04/28/2020

This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions. Thank you for the opportunity to earn your business. The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

## Signature Certificate

Document Ref.: 9BPYK-FW59F-DL3KU-3MHMN

Document signed by:



**Mike Mccauley**

Verified E-mail:
mmccauley@detroitaxle.com



IP: 12.200.188.130    Date: 28 Apr 2020 18:51:38 UTC

Document completed by all parties on:
28 Apr 2020 18:51:38 UTC

Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

