# **EXHIBIT 3**



# PRICE QUOTE

Quote 21390
Quote Date: May 13, 2020
Quote Expiration: May 30, 20210
Sales Rep: Detroit IT Sales

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

| Item | Discount | Price | Qty | Subtotal |
|---|---|---|---|---|
| **HARDWARE (ONE TIME)** | | | | |
| ☑ Ubiquiti UniFi Pro 48 POE Gen 2 | 0% | $ | 4 | $ |
| ☑ Ubiquiti UniFi Cloud Key Gen 2 | 0% | | 1 | |
| ☑ Ubiquiti UniFi Cloud Key G2 Rack Mount | 0% | | 1 | |
| ☑ Ubiquiti UniFi Redundant Power System | 0% | | 1 | |
| ☑ Ubiquiti UniFi SmartPower Cable | 0% | | 2 | |
| ☑ 3ft Cat6 Slim Patch Cable | 0% | | 192 | |
| ☑ Lot of Misc Consumables<br>Rack hardware<br>Mounting Screws<br>Velcro<br>Labels | 0% | | 3 | |
| | | | | $5,878.00 |
| **IMPLEMENTATION (ONE TIME)** | | | | |
| ☑ Professional Services (After Hours) | % | $ | 12 | $ |
| | | | | $1,326.00 |
| | | | Discount | -$234.00 |



# PRICE QUOTE

|  |  |
|---|---|
| Subtotal | $7,204.00 |
| **Total** | **$7,204.00** |

AGREED TO AND ACCEPTED:

*Michael J McCauley*
_____        05/19/2020
                                      _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

## Signature Certificate

Document Ref.: 4LP7X-OKRAZ-9Z3MD-TAD8D

Document signed by:



**Mike Mccauley**

E-mail: mmccauley@detroitaxle.com

Signed via link

IP: 12.200.188.130    Date: 19 May 2020 15:31:57 UTC



Document completed by all parties on:
19 May 2020 15:31:57 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

