# **EXHIBIT 4**



# PRICE QUOTE

Quote 21392
Quote Date: May 13, 2020
Quote Expiration: May 31, 2020
Sales Rep: Detroit IT Sales

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

| Item | Discount | Qty | Price | Subtotal |
|---|---|---|---|---|
| **HARDWARE (ONE TIME)** | | | | |
| ☑ Dell PowerEdge R440 (CTO)<br>(2x2.1Ghz,64GB,4x480GB, Server 2019, RPS, 3YR Warranty) | ▇% | 1 | $▇ | $5,628.32 |
| | | | | $5,628.32 |
| **IMPLEMENTATION (ONE TIME)** | | | | |
| ☑ Professional Services - After Hours<br>Migrate DEV-DA-J-APP<br>Migrate PROD-DA-J-APP<br>Migrate SQI-DA-J to DA-MX-ESXI1 | ▇% | 15 | $▇ | $2,486.25 |
| Professional Services<br>Install Vmware ESXI on DA-MX-ESXI<br>Configure DA-DA-MX-ESXI1<br>Create DA-MX-DC1<br>Install Windows Server 2019<br>Configure Server Roles | ▇% | 7 | $▇ | $773.50 |
| | | | | $3,259.75 |

Discount    -$4,650.93
Subtotal    $8,888.07

**Total**    **$8,888.07**

**detroit·it**

PRICE QUOTE

AGREED TO AND ACCEPTED:

*Michael J McCauley*       06/11/2020
_____   _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

# Signature Certificate

Document Ref.: SQNUT-KR4JQ-QWNXR-QSBFE

Document signed by:



**Mike Mccauley**

E-mail: mmccauley@detroitaxle.com

Signed via link

IP: 12.1.245.130  Date: 11 Jun 2020 13:57:24 UTC



Document completed by all parties on:
11 Jun 2020 13:57:24 UTC

Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

