# **EXHIBIT 6**



# PRICE QUOTE

Quote 21437
Quote Date: Jul 09, 2020
Quote Expiration: Jul 31, 2020
Sales Rep: Detroit IT  Sales

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

| Item | Price | Qty | Subtotal |
|---|---|---|---|
| ☑ Xerox® B215 Multifunction Printer | $■■■■ | 2 | $■■■■ |

Subtotal  $■■■■

**Total   $439.98**

Ticket# 418436 - Two New Printers for Controller & COO

AGREED TO AND ACCEPTED:

*Luis Fonseca*

_____    07/09/2020
                                    _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website

(www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and

conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the

use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that

any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send

this communication to the sender and delete the original message or any copy of it from your computer system.

# Signature Certificate

Document Ref.: IUGIB-74QPH-X5XVV-A4EZR

Document signed by:



## Luis Fonseca

Verified E-mail:
lfonseca@detroitaxle.com

IP: 107.77.193.86      Date: 09 Jul 2020 16:16:10 UTC

*Luis Fonseca*

Document completed by all parties on:
09 Jul 2020 16:16:10 UTC
Page 1 of 1



Signed with **PandaDoc**.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

