# **EXHIBIT 7**



# PRICE QUOTE

Quote 21450
Quote Date: Jul 15, 2020
Quote Expiration: July 31, 2020
Sales Rep: Detroit IT Sales

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Road<br>Ferndale, MI  48220 US | Detroit Axle<br>2000 Eight Mile Road<br>Ferndale, MI  48220 US | Detroit Axle<br>2000 Eight Mile Road<br>Ferndale, MI  48220 US |

| Item | Price | Qty | Subtotal |
|---|---|---|---|
| **HARDWARE (ONE TIME)** | | | |
| Lenovo T490 14" Laptop<br>(i5/16GB/256GB/3YR) | $▇▇▇▇ | 0 | $0.00 |

Subtotal  $0.00
**Total**  **$0.00**

Ticket #421985 - Warehouse Manager Laptop

AGREED TO AND ACCEPTED:

*Luis Fonseca*

_____   07/15/2020
                              _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that



# PRICE QUOTE

any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

## Signature Certificate

Document Ref.: XPJ2W-7SCXY-CFF2X-PAJC9

Document signed by:



**Luis Fonseca**

Verified E-mail:
lfonseca@detroitaxle.com

IP: 12.200.188.130     Date: 15 Jul 2020 13:44:28 UTC



Document completed by all parties on:
15 Jul 2020 13:44:28 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

