# **EXHIBIT 8**



# PRICE QUOTE

Quote 21460
Quote Date: Jul 27, 2020
Quote Expiration:
Sales Rep: Detroit IT Sales

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd.<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd.<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd.<br>Ferndale, MI 48220 |

| Item | Discount | Qty | Price | Subtotal |
|---|---|---|---|---|
| ☑ Zebra TC72 Android Scanner | ▆% | 3 | $▆ | $▆ |
|  |  |  |  | $▆ |
| **OPTIONAL ACCESSORIES** |  |  |  |  |
| ☑ 5 Slot Charge Only Share Cradle | ▆% | 3 | $▆ | $▆ |
| ☑ US AC Line Cord | ▆% | 3 | $▆ | $▆ |
| ☑ Snap-On Trigger Handle | ▆% | 3 | $▆ | $▆ |
|  |  |  |  | $▆ |

Subtotal  **$6,579.28**

**Total**  **$6,579.28**

Note: 9800 Mt. Elliot Scanners

AGREED TO AND ACCEPTED:

*Luis Fonseca*

_____    07/28/2020
                                  _____

DETROIT IT | 1570 WOODWARD AVENUE | SUITE 303 | DETROIT, MI 48226
P. 248.530.1001 | WWW.DETROITIT.COM



# PRICE QUOTE

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

## Signature Certificate

Document Ref.: OCTZV-64EDK-EAUEW-YCGNV

Document signed by:



**Luis Fonseca**

E-mail:
lfonseca@detroitaxle.com

Signed via link

IP: 12.200.188.130 | Date: 28 Jul 2020 16:46:18 UTC



Document completed by all parties on:
28 Jul 2020 16:46:18 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

