# <u>EXHIBIT 11</u>

 **PRICE QUOTE**

Quote 21462

Quote Date: Jul 28, 2020

Quote Expiration: Aug 31, 2020

Sales Rep: Detroit IT Sales

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>9800 Mt. Elliot<br>Detroit, MI | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

| Item | Discount | Qty | Price | Subtotal |
|---|---|---|---|---|

**detroit·it**

PRICE QUOTE

| LOW VOLTAGE CABLING (ESTIMATED) | | | |
|---|---|---|---|
| ☑ CAT6 Data Drop - Brakes | ■% | 5 | $▇▇▇▇ |
| ☑ CAT6 Data Drop - Struts | ■% | 4 | $▇▇▇▇ |
| ☑ CAT6 Data Drop - Shipping | ■% | 40 | $▇▇▇▇ |
| ☑ CAT6 Data Drop - Office | ■% | 4 | ▇▇▇▇ |
| ☑ CAT6 Data Drop - Bearings | ■% | 1 | $▇▇▇▇ |
| ☑ CAT6 Data Drop - Control Arms | ■% | 4 | $▇▇▇▇ |
| ☑ CAT6 Data Drop - Small Induction Suspension | ■% | 2 | $▇▇▇▇ |
| ☑ CAT6 Data Drop - Access Points | ■% | 49 | $▇▇▇▇ |
| ☑ Tripp Lite 9U Wall Mount Rack Enclosure<br>IDF | ■% | 6 | $▇▇▇▇ |
| ☑ 6 Strand 50/125 Indoor Armor Fiber Cable<br>Estimated Cost | ■% | 6 | $▇▇▇▇ |
| ☑ Cat6 Snagless 3ft Ethernet Patch Cable<br>IDF & MDF | ■% | 165 | $▇▇▇▇ |
| ☑ CAT6 Snagless 10ft Ethernet Patch Cable<br>Workstations | ■% | 24 | $▇▇▇▇ |
| ☑ 2U Horizontal Cable Management<br>IDF & MDF | ■% | 14 | $▇▇▇▇ |
| ☑ Tripp Lite 1400VA Rackmount UPS<br>IDF & MDF | ■% | 7 | $▇▇▇▇ |
| ☑ Tripp Lite 24U Server Cabinet<br>MDF | ■% | 1 | $▇▇▇▇ |
| ☑ Tripp Lite UPS Web Management Accessory | ■% | 7 | $▇▇▇▇ |
| | | | $31,959.79 |



# PRICE QUOTE

| NETWORK INFRASTRUCTURE (HARDWARE) | | | |
|---|---|---|---|
| ☑ Cisco Meraki MX84 Cloud Managed Security Appliance <br> MDF | ■% | 1 | $██████████ |
| ☑ Cisco Meraki MX84 Cloud Managed Security Appliance <br> MDF | ■% | 1 | $██████████ |
| ☑ Ubiquiti UniFi Cloud Key Gen 2 <br> MDF | ■% | 1 | $██████████ |
| ☑ Ubiquiti UniFi Switch 16 XG <br> MDF | ■% | 1 | $██████████ |
| ☑ Ubiquiti UniFi Redundant Power System <br> 1xMDF | ■% | 1 | $██████████ |
| ☑ Ubiquiti Unifi Switch Pro 24 POE <br> 1xMDF <br> 6xIDF | ■% | 7 | $██████████ |
| ☑ Ubiquiti UniFi Long Range Access Point <br> Warehouse | ■% | 49 | $██████████ |
| ☑ Ubiquiti SFP+ MM Module (20 Pack) | ■% | 1 | $██████████ |
| ☑ Cloud Key G2 Rack Mount | ■% | 1 | $██████████ |
| ☑ Professional Services (IDF) <br> Install Tripp Lite wall mount cabinet <br> Install two (2) horizontal cable management <br> Patch up to twenty four (24) patch cables <br> Install and configure one (1) Ubiquiti UniFi Network Switch <br> Install one (1) Tripp Lite UPS | ■% | 6 | $██████████ |
| ☑ Professional Services (MDF) <br> Install Tripp Lite 24U cabinet <br> Install four (4) horizontal cable management <br> Patch up to twenty four (24) patch cables <br> Install and configure two (2) Cisco Meraki MX firewalls <br> Install and configure two (2) Ubiquiti UniFi Network Switch | ■% | 1 | $██████████ |

**detroit·it**

PRICE QUOTE

| Install one (1) Tripp Lite UPS | | | | |
|---|---|---|---|---|
| | | | | $21,925.50 |

| **SERVER INFASTRUCTURE (HARDWARE)** | | | | |
|---|---|---|---|---|
| ☑ Dell PowerEdge R440 (CTO) <br> (2x2.1Ghz,64GB,4x480GB, Server 2019, RPS, 3YR Warranty) | ██% | 1 | $██████ | |
| ☑ Professional Services <br> Install Vmware ESXI on DA-MI-ESXI2 <br> Configure DA-MOI-ESXI2 <br> Create DA-MI-DC2 <br> Install Windows Server 2019 <br> Configure Server Roles <br> Create DA-MI-APP2 virtual machine <br> Create DA-MI-SQL2 virtual machine <br> Create DA-MI-DEV virtual machine | ██% | 20 | $██████ | |
| | | | | $7,789.80 |

| **WORKSTATIONS (HARDWARE)** | | | | |
|---|---|---|---|---|
| ☑ Dell Optiplex 3070 Micro <br> (i5/8GB/128GB/3YR) | ██% | 22 | $██████ | |
| ☑ Dell Optiplex Micro All In One Stand | ██% | 20 | $██████ | |
| ☑ Dell 22" E-Series Monitor | ██% | 20 | $██████ | |
| ☑ Dell 24" Professional Series Monitor <br> Shipping Office | ██% | 2 | $██████ | |
| ☑ Professional Services (Per Computer) | ██% | 22 | $██████ | |
| | | | | $23,670.51 |

| **MOBILE HANDHELDS (HARDWARE)** | | | | |
|---|---|---|---|---|
| ☐ Zebra TC72 Android Scanner | ██% | 27 | $██████ | |
| ☐ 5 Slot Charge Only Share Cradle | ██% | 5 | $██████ | |

detroit·it

PRICE QUOTE

| SCALES (HARDWARE) | | | | |
|---|---|---|---|---|
| ☐ Parcel Roller Top Scale | ■% | 20 | $███████ | ███████ |
| **HANDHELD SCANNER (HARDWARE)** | | | | |
| ☐ Zebra Symbol DS4308-SR USB Kit 2D Imager | ■% | 20 | $███████ | ███████ |
| **LABEL PRINTERS (HARDWARE)** | | | | |
| ☐ Zebra ZT140 Thermal Laser Printer | ■% | 4 | $███████ | ███████ |
| ☐ Zebra ZP450 Worldship Printer | ■% | 10 | $███████ | ███████ |

| | |
|---|---|
| Discount | -$27,811.98 |
| Subtotal | $85,345.60 |
| **Total** | **$85,345.60** |

AGREED TO AND ACCEPTED:

*Luis Fonseca*
_____     08/12/2020
                             _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

# Signature Certificate

Document Ref.: S5NXY-73WZG-BWYM6-BX9CV

Document signed by:



### Luis Fonseca

E-mail:
lfonseca@detroitaxle.com

Signed via link



IP: 12.200.188.130    Date: 12 Aug 2020 15:47:27 UTC

Document completed by all parties on:
12 Aug 2020 15:47:27 UTC

Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

