# **EXHIBIT 12**



# PRICE QUOTE

Quote 21445
Quote Date: Jul 10, 2020
Quote Expiration: Sep 30, 2020
Sales Rep: Detroit IT Sales

| **Company:** | **Ship To:** | **Bill To:** |
|---|---|---|
| Detroit Axle<br>200 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>200 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>200 Eight Mile Rd<br>Ferndale, MI 48220 |

| **Item** | **Price** | **Qty** | **Subtotal** |
|---|---|---|---|
| **HARDWARE (ONE TIME)** | | | |
| ☑ Lenovo 22" ThinCentre Tiny In One 21.5" Monitor with Speaker and Webcam | $▮▮▮ | 2 | $▮▮▮ |
| ☑ Lenovo ThinkCenter Tiny M75Q | $▮▮▮ | 2 | $▮▮▮ |

Subtotal $1,328.00

**Total** **$1,328.00**

AGREED TO AND ACCEPTED:

*Luis Fonseca*
_____    09/28/2020
                                  _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that

PRICE QUOTE

any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

## Signature Certificate

Document Ref.: VATUD-SE4FU-U96EU-EZJ7B

Document signed by:



Luis Fonseca

Verified E-mail:
lfonseca@detroitaxle.com

IP: 107.77.192.17    Date: 28 Sep 2020 16:53:59 UTC



Document completed by all parties on:
28 Sep 2020 16:53:59 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

