# **EXHIBIT 13**



# PRICE QUOTE

Quote 21565
Quote Date: Nov 13, 2020
Quote Expiration: Nov 30, 2020
Sales Rep: Eric G.

| Company: | Ship To: | Bill To: |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

| Item | Price | Qty | Subtotal |
|---|---|---|---|
| ☑ Refurbished Motorola MC55A Computer | $▆▆▆▆▆ | 5 | $750.00 |

Subtotal **$750.00**

Total **$750.00**

Ticket #464967 - 5 Additional Handhelds

AGREED TO AND ACCEPTED:

*Mark Freese*
_____    11/16/2020
                               _____

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

## Signature Certificate

Document Ref.: BUPKE-9KSX2-V6RR7-VMDNL

Document signed by:



**Mark Freese**

Verified E-mail:
mfreese@detroitaxle.com

IP: 174.230.4.209   Date: 16 Nov 2020 21:13:43 UTC



Document completed by all parties on:
16 Nov 2020 21:13:43 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

