# **EXHIBIT 14**



detroit·it

# PRICE QUOTE

Quote 21594
Quote Date: Dec 14, 2020
Quote Expiration: Dec 14, 2020
Sales Rep: Eric G.
Terms: COD

| **Company:** | **Ship To:** | **Bill To:** |
|---|---|---|
| Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 | Detroit Axle<br>2000 Eight Mile Rd<br>Ferndale, MI 48220 |

| **Item** | **Price** | **Qty** | **Subtotal** |
|---|---|---|---|
| **HARDWARE (ONE TIME)** | | | |
| ☑ Refurbished Motorola MC55A Computer<br>Includes refurbished handheld and battery | $[redacted] | 5 | $[redacted] |
| **PROFESSIONAL SERVICES (ONE TIME)** | | | |
| ☑ Professional Services - Handhelds<br>Install and configure Ozlink and dependencies<br>Configure WiDi drivers<br>Test Ozlink and Deliver to Mt. Elliot | $[redacted] | 3 | $[redacted] |

Subtotal **$1,081.50**

**Total** **$1,081.50**

Ticket #N/A 5 Additional Handhelds & Programming

AGREED TO AND ACCEPTED:

Mike Musheinesh

12/17/2020

PRICE QUOTE

50% Due Upon Acceptance. This quote does not include shipping and tax. This quote is subject to the Terms and Conditions found on our website (www.detroitit.com/terms). These terms are considered to be the most recent and take precedent over any other previously written or implied terms and conditions.Thank you for the opportunity to earn your business.The information contained in this communication is confidential, is intended only for the use of the recipient named above, and maybe legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.

# Signature Certificate

Document Ref.: KVTDM-XKVVA-AZBSC-TEQFZ

Document signed by:

Mike Musheinesh

E-mail:
mikeaxle1980@gmail.com

Signed via link

IP: 107.77.194.102 | Date: 17 Dec 2020 16:36:20 UTC

Document completed by all parties on:
17 Dec 2020 16:36:20 UTC

Page 1 of 1

Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

