# **EXHIBIT 15**

## Re: DIT bill

**Eric Grundlehner** <eric@detroitit.com>
Wed 12/16/2020 2:32 PM

**To:** Mike Musheinesh <mikeaxle1980@gmail.com>; Jonathan Schwartz <jschwartz@jaffelaw.com>
**Cc:** Jason C. Yert <jyert@jrlawplc.com>; Stephanie Miller <stephanie@detroitit.com>

Hi Mike,

Just circling back on a few things.

- Agreement - Jason (our attorney) let me know he sent over the settlement agreement to Jonathan for your review.
- Support - Marcie just emailed and asked for some IT assistance. Are we OK to work with her? Also, what we sent over a quote for 5 more handhelds on Monday.
- Wire - We spoke with Marcie yesterday and she mentioned sending another 10k wire this week towards the balance.

Give me a ring if you want to chat at 248-731-0131.

Thanks,

Eric

---

**From:** Mike Musheinesh <mikeaxle1980@gmail.com>
**Sent:** Sunday, December 13, 2020 8:15 PM
**To:** Eric Grundlehner <eric@detroitit.com>; Jonathan Schwartz <jschwartz@jaffelaw.com>; Marcie Pearce <mpearce@detroitaxle.com>
**Subject:** Re: DIT bill

Eric
Why did you not reply to me?
You need to confirm, so we move forward and know we are are the same page

You need to tell us when we need anything new as cod
And must be billed and payed for immediately
We are on COD only Eric
And we do we start paying you 10k a week?


On Wed, Dec 9, 2020 at 10:47 PM Mike Musheinesh <mikeaxle1980@gmail.com> wrote:
> Eric as we talk
> We agreed that we owe you $100k
> And you are good with us paying you $10k a month till your payed off
> And if you choose to go to someone else after your payed
> You will not trouble us, and will hand over control with out any problems
> If we ask you to do anything for us
> You will tell us what the cost is and bill us COD
> And we will never owe you any money for new work

> Please confirm you understand