# **EXHIBIT 16**

## RE: Support

**Marcie Pearce** <mpearce@detroitaxle.com>
Thu 12/17/2020 11:17 AM
**To:** Eric Grundlehner <eric@detroitit.com>

🔗 1 attachments (3 MB)
IMG_8994 (004).jpg;

Hi Eric,

So I just talked with Mike and didn't realize you guys were negotiating a settlement agreement and how new services will be COD on his approval.

It is my understanding that we will pay you $10k a month starting January 1st and it will continue for 9 months after that - $90k more. Any services in the meantime will be paid COD.

Mike did say that he said it would be his approval but asked that you work through me (I'm sure you'll want to confirm this with him) since I am the one that will actually be doing the payments. That way we really now the cost of the service prior to something being done.

I see that he approved my printer fix. I have so many invoices that need to be printed!! I've attached a picture of what my printer has looked like since yesterday. But I can't even print to the main printer in the hallway either ☹.

Marcie

---

**From:** Eric Grundlehner <eric@detroitit.com>
**Sent:** Thursday, December 17, 2020 8:33 AM
**To:** Marcie Pearce <mpearce@detroitaxle.com>; Stephanie Miller <stephanie@detroitit.com>
**Subject:** Re: Support

Hi,

Yes, we did invoice and Mike asked that it be canceled/not paid. Have you spoken with him regarding another wire?

Thanks,

Eric

---

**From:** Marcie Pearce <mpearce@detroitaxle.com>
**Sent:** Wednesday, December 16, 2020 5:27 PM
**To:** Stephanie Miller <stephanie@detroitit.com>
**Cc:** Eric Grundlehner <eric@detroitit.com>
**Subject:** RE: Support

Okay. But didn't we get invoiced for December support? I know it's not paid yet but if when we pay it we will have theoretically paid for support for December. I guess I'm just wondering if he realizes that.

**From:** Stephanie Miller <stephanie@detroitit.com>
**Sent:** Wednesday, December 16, 2020 4:01 PM
**To:** Marcie Pearce <mpearce@detroitaxle.com>
**Cc:** Eric Grundlehner <eric@detroitit.com>
**Subject:** RE: Support

Hi Marcie,

Mike is requesting that we cancel the support agreement and only assist with his approval. We reached out to him to see if we could assist with your request.

Thank you,



STEPHANIE MILLER
Operations Coordinator
T 248.530.1001 ext. 115

detroitit.com

 Submit a Ticket       Email Us       Call Us 248.530.1001

---

**From:** Stephanie Miller <stephanie@detroitit.com> **On Behalf Of** Eric Grundlehner
**Sent:** Wednesday, December 16, 2020 3:58 PM
**To:** Stephanie Miller <stephanie@detroitit.com>
**Subject:** Fw: Support

---

**From:** Marcie Pearce <mpearce@detroitaxle.com>
**Sent:** Wednesday, December 16, 2020 2:50 PM
**To:** Eric Grundlehner <eric@detroitit.com>
**Subject:** RE: Support

So I guess what is covered under our normal support fee? I'm just wondering. Is it because you have to come out that you need Mike's approval? I know Stephanie didn't ask for it yesterday.

Regarding the saga, it's truly ridiculous. Such a waste of time and energy.

---

**From:** Eric Grundlehner <eric@detroitit.com>
**Sent:** Wednesday, December 16, 2020 2:38 PM
**To:** Marcie Pearce <mpearce@detroitaxle.com>; Stephanie Miller <stephanie@detroitit.com>
**Subject:** Re: Support

Hi,

We need approval from Mike first. I just asked him.

Did he approve the other wire?

Eric

Ps. I heard about the Comcast/HR saga....

---

**From:** Marcie Pearce <mpearce@detroitaxle.com>
**Sent:** Wednesday, December 16, 2020 2:13 PM
**To:** Eric Grundlehner <eric@detroitit.com>; Stephanie Miller <stephanie@detroitit.com>
**Subject:** Support

So are you guys coming out here anymore? I really just don't know the answer to that question. I can't get any of the printers to work up here and I desperately need to print items. Let me know.

Thanks!

Marcie