# **<u>EXHIBIT 17</u>**

 **#471855 Equipment that need to be whitelisted**

| Submitted | Received via | Requester |
|-----------|--------------|-----------|
| December 7, 2020, 7:25 PM | Mail | srendon@detroitaxle.com <srendon@detroitaxle.com> |

**CCs**
Ossiel Villanueva <ovillanueva@detroitaxle.com>

| Status | Type | Priority | Group | Assignee |
|--------|------|----------|-------|----------|
| Closed | - | Normal | Support (all) | Jason B. |

---

**srendon@detroitaxle.com**   December 7, 2020, 7:25 PM

Hi team,

Idali require access to social media, so please whitelist this computer

Macs-MBP / ███████████

Thanks

Sofía Rendón
IT Support
srendon@detroitaxle.com

Cd. Juarez Chihuahua

---

**Jason B.**   December 8, 2020, 8:29 AM

Hi Sofia,

Macs-MBP / ███████████ has been whitelisted.

Thanks,
Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

 **#478879 Ozlink Down**

---

**Submitted**
January 11, 2021, 8:22 AM

**Received via**
Web Form

**Requester**
James Johnson <jjohnson@detroitaxle.com>

**Status** | **Type** | **Priority** | **Group** | **Assignee**
Closed | - | High | Escalation Support | Eric G.

---

**Current Password** | **Phone #**
NA | 313-657-8775 (Cell)

---

**Stephanie M.**  Jan 11, 8:22 AM

James called to report that Ozlink is not working this morning.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**  Jan 11, 8:32 AM

I spoke to James and he confirmed that Ozlink is working now.
Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**



# #478678 Ozlink Down

| Submitted | | Received via | Requester |
|---|---|---|---|
| January 10, 2021, 12:08 PM | | Mail | James Johnson <jjohnson@detroitaxle.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Escalation Support | Eric G. |

**Submitted via**
Phone

**Pat**  Jan 10, 12:08 PM

Eric Grundlehner,
Your message from box 300-3889 is as follows...

Date of Lead: 1/10/2021 12:07:55 PM
Service Number: (248) 633-8707
Mailbox Name: Eric Grundlehner
Name: James Johnson
Caller ID: (313) 657-8775
Questions and Answers:
What is your company name?
Detroit Axle

May I have your email address?
jamesjohnsonjae4@gmail.com

May I have your phone number please?
313-657-8775

Brief Description of the Issue:
Mr. Johnson stated that his server has gone down.

Is this an emergency?
Yes

PAT: Was the caller transferred?
Yes

If YES: Who was the call transferred to?
Stephanie

Comments

This lead is for:
Sunday

**Stephanie M.**  Jan 10, 6:50 PM

I spoke to James and the equipment in Ferndale was down. We went onsite and were able to get the equipment online and they were able to use Ozlink.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Detroit IT - Hearing 2-8-21  000021

https://detroitit.zendesk.com/agent/tickets/478678/print

Help Desk: 248-530-1001
e: support@detroitit.com

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000022



# #473204 Handheld Issue

| **Submitted** | | **Received via** | **Requester** | |
|---|---|---|---|---|
| December 14, 2020, 10:19 AM | | Web Form | Mike Musheinesh <mike@detroitaxle.com> | |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Stephanie M. |

**Stephanie M.**  December 14, 2020, 10:19 AM

Mike texted Eric the below message from one of the handhelds. I just tried to reach Mike but got his VM. I also sent him a text to have whoever is having the issue to give us a call.

Detroit IT - Hearing 2-8-21  000023

https://detroitit.zendesk.com/tickets/473204/print



P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Jason B.**  December 14, 2020, 11:06 AM

I worked with Sean and we were unable to get the scan gun to connect to the WiFi.
Sean was unable to type on the gun by the end of the call.
We will have to work on this onsite.  He left the scanner with a note with Lupita.

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**  December 21, 2020, 10:41 AM

I spoke to Mike and we will look at the scanners that are not working from Ferndale when we are onsite installing the new scanners.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**  December 29, 2020, 12:39 PM

Mike let me know he has no handhelds that were having issues.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000025

 **#474673 2 scanners not connecting to Ozlink**

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| December 21, 2020, 12:20 PM | | Web Form | Mark Freese <mfreese@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Scheduling | Stephanie M. |

---

**Stephanie M.**   December 21, 2020, 12:20 PM

Mark called and has 2 scan guns that are not connecting to the server. When he goes into the connections, he is asked if he should receive an IP from the server or specific IP.  The two guns are from Ferndale and they are trying to use them in Mt. Elliot. I let Mark know that most likely we will need to come onsite to work on these scanners.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**   December 21, 2020, 2:22 PM

Hi Mark,

We will need to come onsite to look at these devices. We will take a look at these 2 devices when we are onsite with the new devices.

Thank you!

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**   December 29, 2020, 11:01 AM

Hi Mark,

The new handhelds arrived so we will be onsite this afternoon to get them setup. Can you please make sure any scanners that were having issues are at the Mt. Elliot building.

Thank you!

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**   December 29, 2020, 12:39 PM

Detroit IT - Hearing 2-8-21  000026

Mike let me know that there were no handhelds that were still having issues. Closing ticket.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000027

 **#474143 Fwd: nancy G mail**

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| December 18, 2020, 9:39 AM | Mail | Russ R <russ.rowan@detroitaxle.com> |

**CCs**

Eric G. <eric@detroitit.com>

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

---

**Russ R**   December 18, 2020, 9:39 AM

Please get this email working again for Nyan@detroitaxle.com

---------- Forwarded message ---------
From: Spring Yang <syang@detroitaxle.com>
Date: Fri, Dec 18, 2020 at 5:24 AM
Subject: nancy G mail
To: Russ R <russ.rowan@detroitaxle.com>

Hi Russ,

Nancy's G mail has been suspended, could you please check?   (nyan@detroitaxle.com)

Thank you,
Spring

--
Axle of Dearborn Inc.
Tel: 313-583-0000
Fax: 313-583-0488
Address: 2000 West 8 Mile
Ferndale, MI 48220, USA
Website: http://www.detroitaxle.com/ (http://detroitaxle.com/)

---

**Jason B.**   December 18, 2020, 2:08 PM

Hi Russ,

This account is active. Let me know if you need a password reset.

 Nan Yan

nyan@detroitaxle.com

Active
Last sign in: A month ago
Created: Aug 21, 2018

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Detroit IT - Hearing 2-8-21  000028

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Russ R**  December 18, 2020, 2:22 PM

They will need a password reset.

---

**Jason B.**  December 18, 2020, 2:24 PM

I reset the password to ███████████

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000029



# #474206 Fwd: G-Mail

| Submitted | Received via | Requester |
|---|---|---|
| December 18, 2020, 1:48 PM | Mail | Russ R <russ.rowan@detroitaxle.com> |

**CCs**
Eric G. <eric@detroitit.com>, Ossiel Villanueva <ovillanueva@detroitaxle.com>

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

---

**Russ R**  December 18, 2020, 1:48 PM

Please handle this

---------- Forwarded message ---------
From: Gabriel Cordova <gabriel@detroitaxle.com>
Date: Fri, Dec 18, 2020 at 12:37 PM
Subject: Fwd: G-Mail
To: Russ R <russ.rowan@detroitaxle.com>, Ossiel Villanueva <ovillanueva@detroitaxle.com>
Cc: Edna Ortega <eortega@detroitaxle.com>, Daniela Castro <daniela@detroitaxle.com>

Russ,

Can you please assist in resetting the mentioned agent email password. Ossiel has a heavy workload today...

Eva Adriana Cervantes Quintero
eva@detroitaxle.com

---------- Forwarded message ---------
From: Gabriel Cordova <gabriel@detroitaxle.com>
Date: Fri, Dec 18, 2020 at 8:02 AM
Subject: G-Mail
To: Ossiel Villanueva <ovillanueva@detroitaxle.com>
Cc: Edna Ortega <eortega@detroitaxle.com>, Daniela Castro <daniela@detroitaxle.com>

Ossiel,

Can you assist in re-setting the following agents gmail...

Eva Adriana Cervantes Quintero eva@detroitaxle.com

--
Thank you in advance,

Gabriel Cordova Vacio
Supervisor

gabriel@detroitaxle.com
Desk (248) 565-3111

--
Thank you in advance,

Gabriel Cordova Vacio
Supervisor

gabriel@detroitaxle.com
Desk (248) 565-3111

--
Axle of Dearborn Inc.
Tel: 313-583-0000
Fax: 313-583-0488
Address: 2000 West 8 Mile
Ferndale, MI 48220, USA
Website: http://www.detroitaxle.com/ (http://detroitaxle.com/)

---

**Jason B.**   December 18, 2020, 2:05 PM

Hi Russ,

I reset the password to ███████ and copied Ossiel on this ticket.

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000031

 **#474126 Unable to login**

---

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| December 18, 2020, 8:44 AM | Web Form | Russ R <russ.rowan@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Stephanie M. |

---

| **Current Password** | **Phone #** |
|---|---|
| ██████████ | 586-219-5696 |

---

**Stephanie M.** December 18, 2020, 8:44 AM

Russ is unable to login to his computer. When trying to login, he is receiving a message that the password is incorrect. After resetting the password, he was able to login.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

 # #473940 Unable to login to PC

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| December 17, 2020, 11:41 AM | | Web Form | Kerri Adams <kadams@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

**Current Password** ████████ ████

████████        ████████0

---

**Stephanie M.**  December 17, 2020, 11:41 AM

Kerri is unable to login to her computer. When trying to login, she is receiving a message that her password is incorrect. This is happening after she changed her password yesterday.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**  December 17, 2020, 11:44 AM

I had the team reset Kerri's password and she confirmed she was able to login

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

 **#473725 Equipment that needs to be whitelisted**

---

| Submitted | Received via | Requester |
|---|---|---|
| December 16, 2020, 2:37 PM | Mail | Ossiel Villanueva <ovillanueva@detroitaxle.com> |

**CCs**

Ossiel Villanueva <juarezit@detroitaxle.com>

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

---

**Ossiel Villanueva**   December 16, 2020, 2:37 PM

Hi, team.
We require to whitelist these MAC addresses:



Regards.

--

Ossiel Villanueva

IT Manager

Juárez, Chihuahua, México

ovillanueva@detroitaxle.com

+52 (656)-763-72-15 Mobile

---

**Jason B.**   December 17, 2020, 10:06 AM

These MACs have been whitelisted.



Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

 **#473275 Email Password Reset**

---

| Submitted | Received via | Requester |
|---|---|---|
| December 14, 2020, 4:00 PM | Web Form | Jacqueline Adams <jadams@detroitaxle.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Account Management | Stephanie M. |

---

| Current Password | Phone # |
|---|---|
| ███████████ (Password) | 480-322-7988 (Cell) |

---

**Stephanie M.**   December 14, 2020, 4:00 PM

Jacqueline is unable to login to her email account. When trying to log in, she is receiving a message that her password is incorrect. She will also need Cortnee's password reset as she is not able to get into that account either.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**   December 15, 2020, 8:03 AM

I texted Jacqueline to have her try logging into her email as we reset her password. Cortnee's password has already been reset to ███████

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Jacqueline Adams**   December 15, 2020, 1:39 PM

Thank you for your help!

Jacqueline Adams
Human Resource Manager(Payroll)
Detroit Axle/Axle Of Dearborn
jadams@detroitaxle.com
(248) 414-1081

---

Support Software by **Zendesk**

 **#472216 Printing Issues**

---

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| December 9, 2020, 8:42 AM | Web Form | Mark Freese <mfreese@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

---

**Stephanie M.** December 9, 2020, 8:42 AM

Mark reported that printing was not working. Jason was onsite this morning and printing should be working. If you are still having issues, please let us know.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

# 🗂 #471357 Equipment that need to be whitelisted

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| December 5, 2020, 12:56 AM | Mail | Ossiel Villanueva <ovillanueva@detroitaxle.com> |

**CCs**
dina@detroitaxle.com <dina@detroitaxle.com>, Ossiel Villanueva <juarezit@detroitaxle.com>, Ricardo Robledo <rrobledo@detroitaxle.com>

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | - | Support (all) | Jason B. |

---

**Ossiel Villanueva**   December 5, 2020, 12:56 AM

Hi team,

Idali and Jorge require access to social media, so please whitelist these computers:

HP - ▉▉▉▉▉▉▉▉▉▉
Macs-MBP - ▉▉▉▉▉▉▉▉▉▉

Regards

--

Ossiel Villanueva

IT Support Engineer

Juárez, Chihuahua, México

ovillanueva@detroitaxle.com

+52 (656)-763-72-15 Mobile

---

**Jason B.**   December 5, 2020, 7:56 AM

Hi Ossiel,

I whitelisted the HP - ▉▉▉▉▉▉▉▉▉▉.  I do not see the Macs-MBP - ▉▉▉▉▉▉▉▉▉▉ as ever being connected to the Juarez Meraki network.  Please send another request once it has been connected and visible in the Meraki.

Thanks,
Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000037

 # #472353 Ozlink down

---

**Submitted**
December 9, 2020, 5:41 PM

**Received via**
Mail

**Requester**
James Johnson <jjohnson@detroitaxle.com>

| Status | Type | Priority | Group | Assignee |
|--------|------|----------|-------|----------|
| Closed | - | - | Support (all) | Stephanie M. |

---

**Submitted via**
Phone

---

**Pat**  December 9, 2020, 5:41 PM

Eric Grundlehner,
Your message from box 300-3889 is as follows...

Date of Lead: 12/9/2020 5:41:43 PM
Service Number: (248) 633-8707
Mailbox Name: Eric Grundlehner
Name: James Johnson
Caller ID: (313) 657-8775
Questions and Answers:
What is your company name?

May I have your email address?

May I have your phone number please?
313-657-8775

Brief Description of the Issue:
Scans are not working

Is this an emergency?
No

PAT: Was the caller transferred?

If YES: Who was the call transferred to?

Comments

This lead is for
Wednesday

---

**Stephanie M.**  December 10, 2020, 7:58 AM

I spoke to James last night and Ozlink was working.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000038



# #473187 Adding Printer

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| December 14, 2020, 9:14 AM | | Web Form | Aurora Stieber <astieber@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

**Current Password**   **Phone #**

█████████         586-943-0206

---

**Stephanie M.**  December 14, 2020, 9:14 AM

Aurora needed help adding her computer to the Xerox 3652 printer that is near customer service.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Jason B.**  December 14, 2020, 9:21 AM

I worked with Aurora to add the Main Xerox printer to her computer.

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

#  #473928 Unable to print

---

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| December 17, 2020, 10:24 AM | Web Form | Marcie Pearce <mpearce@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

---

**Phone #**
586-822-1487

---

**Stephanie M.**  December 17, 2020, 10:24 AM

Marcie is having issues printing anything to the printers in the office.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Jason B.**  December 17, 2020, 12:51 PM

Hi Marcie,

I called 586-822-1487 and reached the voicemail. Is there a better number to reach you at?

Thanks,

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Marcie Pearce**  December 17, 2020, 12:52 PM

No call back I just had it on silent.

From: Jason B. (Detroit IT Help Desk) <support@detroitit.com>
Sent: Thursday, December 17, 2020 12:51 PM
To: Marcie Pearce <mpearce@detroitaxle.com>
Subject: [Detroit IT Help Desk] Re: Unable to print

---

**Jason B.**  December 17, 2020, 1:29 PM

I worked with Marcie to restart the main printer and install her printer on the server and test printing.
Marcie is able to print to both now.
This has been resolved.

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Detroit IT - Hearing 2-8-21  000040

Help Desk: 248-530-1001
e: support@detroitit.com

Support Software by **Zendesk**

 # #477433 Program Download

---

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| January 5, 2021, 12:02 PM | | Web Form | Mark Freese <mfreese@detroitaxle.com> |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Stephanie M. |

---

**Phone #**

248-302-7057

---

**Stephanie M.**  Jan 5, 12:02 PM

Mark needs help installing the Free Barcoscanner program and when trying to download the program, he is receiving a message that he needs an admin. I will reach out to Mike for approval and once approved the request will be assigned to a tech.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**  Jan 12, 8:42 AM

I never heard back from Mike regarding this. Once I receive approval, we can assist with this.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

Support Software by **Zendesk**

 **#479167 Computer Password Reset**

---

**Submitted**
January 11, 2021, 7:17 PM

**Received via**
Mail

**Requester**
Wasfeh Musheinesh <wmusheinesh@detroitaxle.com>

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

---

**Phone #**
313-409-1441

**Submitted via**
Phone

---

**Pat**  Jan 11, 7:17 PM

Eric Grundlehner,
Your message from box 300-3889 is as follows...

Date of Lead: 1/11/2021 7:17:39 PM
Service Number: (248) 633-8707
Mailbox Name: Eric Grundlehner
Name: Wasfeh Musheinesh
Caller ID: (313) 409-1441
Questions and Answers:
What is your company name?
Detriot Axle

May I have your email address?

May I have your phone number please?
313-409-1441

Brief Description of the Issue:
The caller stated he need a password reset.

Is this an emergency?
Yes

PAT: Was the caller transferred?
No-Message Taken

If YES: Who was the call transferred to?

Comments

This lead is for
Monday

---

**Stephanie M.**  Jan 12, 7:59 AM

I'm reaching out to Mike for approval to work on this.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

---

**Stephanie M.**  Jan 12, 4:39 PM

I reached out to Mike and did not hear back.

Stephanie M.
Operations Coordinator
P: 248-530-1001
E: Stephanie@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000044

 **#479526 Your message from PATLive, 01/13/2021**

| Submitted | Received via | Requester |
|---|---|---|
| January 13, 2021, 7:33 AM | Mail | James Johnson <jjohnson@detroitaxle.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Support (all) | Jason B. |

**Submitted via**
Phone

**Pat**  Jan 13, 7:33 AM

Eric Grundlehner,
Your message from box 300-3889 is as follows...

Date of Lead: 1/13/2021 7:33:43 AM
Service Number: (248) 633-8707
Mailbox Name: Eric Grundlehner
Name: James Johnson
Caller ID: (313) 657-8775
Questions and Answers:
What is your company name?
Detroit Axle

May I have your email address?
jamesjohnsonjae4@gmail.com

May I have your phone number please?
313-657-8775

Brief Description of the Issue:
Mr. Johnson said the scan guns are not working.

Is this an emergency?
Yes

PAT: Was the caller transferred?
Yes

If YES: Who was the call transferred to?

Comments

This lead is for
Wednesday

**Jason B.**  Jan 13, 7:41 AM

I spoke with James, fixed OZlink and tested.
The scan guns are working now.

Jason B.
Service Desk Technician
P: 248-530-1001
E: Jason@detroitit.com

Help Desk: 248-530-1001
e: support@detroitit.com

Detroit IT - Hearing 2-8-21  000045

Support Software by **Zendesk**

Detroit IT - Hearing 2-8-21  000046