# **<u>EXHIBIT 18</u>**



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12959

**DATE** 12/01/2020   **TERMS** Net 15

**DUE DATE** 12/16/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| WORKSTATIONS (HARDWARE) | | | |
| Dell Optiplex 3070 Micro (i5/8GB/128GB/3YR | 22 | 633.03 | 13,926.66T |
| Dell Optiplex Micro All In One Stand | 20 | 89.10 | 1,782.00T |
| Dell 22" E-Series Monitor | 20 | 135.992 | 2,719.84T |
| Dell 24" Professional Series Monitor Shipping Office | 2 | 189.99 | 379.98T |
| Professional Services (Per Computer) | 22 | 221.00 | 4,862.00 |
| IT Project - Credit Card Deposit | 1 | -12,399.495 | -12,399.50 |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ████████
Routing Number for ACH ████████
Account#: ████████
SWIFT Code: ████████

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 11,270.98 |
| TAX | 1,128.51 |
| TOTAL | 12,399.49 |

**TOTAL DUE**   **$12,399.49**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI 48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI 48220 US

## INVOICE 12951

**DATE** 12/01/2020 **TERMS** Net 15

**DUE DATE** 12/16/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| NETWORK INFRASTRUCTURE (HARDWARE) | | | |
| Cisco Meraki MX84 Cloud Managed Security Appliance MDF | 1 | 3,896.75 | 3,896.75T |
| Cisco Meraki MX84 Cloud Managed Security Appliance MDF | 1 | 1,296.75 | 1,296.75T |
| Ubiquiti UniFi Cloud Key Gen 2 MDF | 1 | 179.00 | 179.00T |
| Ubiquiti UniFi Switch 16 XG MDF | 1 | 599.00 | 599.00T |
| Ubiquiti UniFi Redundant Power System 1xMDF | 1 | 399.00 | 399.00T |
| Ubiquiti Unifi Switch Pro 24 POE 1xMDF 6xIDF | 7 | 699.00 | 4,893.00T |
| Ubiquiti UniFi Long Range Access Point Warehouse | 49 | 109.00 | 5,341.00T |
| Ubiquiti SFP+ MM Module (20 Pack) | 1 | 360.00 | 360.00T |
| Cloud Key G2 Rack Mount | 1 | 99.00 | 99.00T |
| Professional Services (IDF) Install Tripp Lite wall mount cabinet Install two (2) horizontal cable management Patch up to twenty four (24) patch cables Install and configure one (1) Ubiquiti UniFi Network Switch Install one (1) Tripp Lite UPS | 6 | 663.00 | 3,978.00 |
| Professional Services (MDF) Install Tripp Lite 24U cabinet Install four (4) horizontal cable management Patch up to twenty four (24) patch cables Install and configure two (2) Cisco Meraki MX firewalls Install and configure two (2) Ubiquiti UniFi Network Switch Install one (1) Tripp Lite UPS | 1 | 884.00 | 884.00 |
| IT Project - Credit Card Deposit | 1 | -12,500.00 | - 12,500.00 |

Any and all disputes to any item must be made in writing within 5 business days from date received.

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ████████
SWIFT Code: █████████

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 9,425.50 |
| TAX | 1,023.81 |
| TOTAL | 10,449.31 |

| TOTAL DUE | $10,449.31 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12952

**DATE** 12/01/2020   **TERMS** Net 15

**DUE DATE** 12/16/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SERVER INFASTRUCTURE (HARDWARE) | | | |
| Dell PowerEdge R440 (CTO) | 1 | 5,579.80 | 5,579.80T |
| (2x2.1Ghz,64GB,4x480GB, Server 2019, RPS, 3YR Warranty) | | | |
| Professional Services | 20 | 110.50 | 2,210.00 |
| Install Vmware ESXI on DA-MI-ESXI2 | | | |
| Configure DA-MOI-ESXI2 | | | |
| Create DA-MI-DC2 | | | |
| Install Windows Server 2019 | | | |
| Configure Server Roles | | | |
| Create DA-MI-APP2 virtual machine | | | |
| Create DA-MI-SQL2 virtual machine | | | |
| Create DA-MI-DEV virtual machine | | | |
| IT Project - Credit Card Deposit | 1 | -4,062.295 | -4,062.30 |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ████████
Routing Number for ACH: ████████
Account#: ████████
SWIFT Code: ████████

| | |
|---|---|
| SUBTOTAL | 3,727.50 |
| TAX | 334.79 |
| TOTAL | 4,062.29 |

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $4,062.29 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12953

**DATE** 12/01/2020   **TERMS** Net 15

**DUE DATE** 12/16/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| HP LaserJet Pro M404N Printer | 4 | 269.99 | 1,079.96T |
| Proccessional Services | 4 | 110.50 | 442.00 |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ▮▮▮▮▮▮
Routing Number for ACH ▮▮▮▮▮▮
Account#: ▮▮▮▮▮▮
SWIFT Code: ▮▮▮▮▮▮

| | |
|---|---|
| SUBTOTAL | 1,521.96 |
| TAX | 64.80 |
| TOTAL | 1,586.76 |

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

**TOTAL DUE**      **$1,586.76**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12836

**DATE** 11/02/2020   **TERMS** Net 15

**DUE DATE** 11/17/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Samsung Galaxy Tab A - 10.1" | 5 | 179.99 | 899.95T |
| Samsung Galaxy 10.1 Shockproof Case with Hand Strap | 5 | 39.99 | 199.95T |
| Samsung Galaxy 8.0 Protective Case with Hand Strap | 3 | 34.99 | 104.97T |
| Rolling Tablet Stand | 3 | 76.99 | 230.97T |
| Zebra DS2278 Cordless Handheld Scanner | 3 | 202.99 | 608.97T |
| Metal Basket Add-On | 3 | 30.00 | 90.00T |
| Kensington 6 Outlet Surge Strip | 3 | 20.00 | 60.00T |
| 3% - Applied on Nov 18, 2020 | | | 69.79T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: 0███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

|  |  |
|---|---|
| SUBTOTAL | 2,264.60 |
| TAX | 135.88 |
| TOTAL | 2,400.48 |

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $2,400.48 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12838

**DATE** 11/03/2020   **TERMS** Net 15

**DUE DATE** 11/18/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Motorola MC55A Handheld Computer | 14 | 150.00 | 2,100.00T |
| 3% - Applied on Nov 19, 2020 | | | 66.78T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

| | | |
|---|---|---|
| SUBTOTAL | | 2,166.78 |
| TAX | | 130.01 |
| TOTAL | | 2,296.79 |

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $2,296.79 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI 48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI 48220 US

## INVOICE 12848

**DATE** 11/06/2020   **TERMS** Net 15

**DUE DATE** 11/21/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| MSP Agreement (Remote/Onsite) - 10/31/2020 - Remote After Hours / Eric Grundlehner: #460283: Re: can you please restart the ozlink server | 1 | 165.75 | 165.75 |
| 1.5% - Applied on Nov 22, 2020 | | | 2.49T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

\*\* Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 168.24 |
| TAX | 0.15 |
| TOTAL | 168.39 |

| TOTAL DUE | $168.39 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12847

**DATE** 11/06/2020   **TERMS** Net 15

**DUE DATE** 11/21/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Professional Services - Front Counter Rework | 10 | 165.75 | 1,657.50 |
| 1.5% - Applied on Nov 22, 2020 | | | 24.86T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ■■■■■
Routing Number for ACH: ■■■■■
Account#: ■■■■■
SWIFT Code: ■■■■■

| | |
|---|---|
| SUBTOTAL | 1,682.36 |
| TAX | 1.49 |
| TOTAL | 1,683.85 |

\*\* Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $1,683.85 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12700

**DATE** 05/01/2020   **TERMS** Due on receipt

**DUE DATE** 05/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: May 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 45 | 50.00 | 2,250.00 |
| DIT Endpoint Protection for Workstation | 45 | 2.50 | 112.50T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -661.65 | -661.65 |
| Onsite Technician (4 Hours, 3 Days a Week) | 48 | 110.50 | 5,304.00 |

\*\* PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com\*\*

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
\*\* Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 9,179.85 |
| TAX | 7.59 |
| TOTAL | 9,187.44 |

**TOTAL DUE**   **$9,187.44**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12716

**DATE** 10/05/2020   **TERMS** Net 15

**DUE DATE** 10/20/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Lenovo 22" ThinCentre Tiny In One 21.5" Monitor with Speaker and Webcam | 2 | 165.00 | 330.00T |
| Lenovo ThinkCenter Tiny M75Q | 2 | 499.00 | 998.00T |
| 3% - Applied on Oct 21, 2020 | | | 42.23T |
| 1.5% - Applied on Nov 21, 2020 | | | 21.79T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ██████
SWIFT Code: ████████

| | |
|---|---|
| SUBTOTAL | 1,392.02 |
| TAX | 83.52 |
| TOTAL | 1,475.54 |

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

**TOTAL DUE**          **$1,475.54**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12930

**DATE** 11/01/2020    **TERMS** Due on receipt

**DUE DATE** 11/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: November 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 60 | 50.00 | 3,000.00 |
| DIT Endpoint Protection for Workstation | 60 | 2.50 | 150.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

| | | |
|---|---|---|
| SUBTOTAL | | 4,640.85 |
| TAX | | 9.84 |
| TOTAL | | 4,650.69 |

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

Any and all disputes to any item must be made in writing within 5 business days from date received.

| TOTAL DUE | $4,650.69 |
|-----------|-----------|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI 48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI 48220 US

## INVOICE 12929

**DATE** 11/01/2020  **TERMS** Due on receipt

**DUE DATE** 11/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: November 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 60 | 35.00 | 2,100.00 |
| DIT Endpoint Protection for Workstation | 60 | 2.50 | 150.00T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -613.80 | -613.80 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 3,358.70 |
| TAX | 9.63 |
| TOTAL | 3,368.33 |

**TOTAL DUE** **$3,368.33**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12931

**DATE** 12/01/2020   **TERMS** Due on receipt

**DUE DATE** 12/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: December 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 60 | 50.00 | 3,000.00 |
| DIT Endpoint Protection for Workstation | 60 | 2.50 | 150.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

| | |
|---|---|
| SUBTOTAL | 4,640.85 |
| TAX | 9.84 |
| TOTAL | 4,650.69 |

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ▓▓▓▓▓▓
Routing Number for ACH: ▓▓▓▓▓▓
Account#: ▓▓▓▓▓▓
SWIFT Code: ▓▓▓▓▓▓

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

Any and all disputes to any item must be made in writing within 5 business days from date received.

| TOTAL DUE | $4,650.69 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12932

| | |
|---|---|
| **DATE** 12/01/2020 | **TERMS** Due on receipt |

**DUE DATE** 12/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: December 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 60 | 35.00 | 2,100.00 |
| DIT Endpoint Protection for Workstation | 60 | 2.50 | 150.00T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -613.80 | -613.80 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 3,358.70 |
| TAX | 9.63 |
| TOTAL | 3,368.33 |

| TOTAL DUE | **$3,368.33** |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI 48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI 48220 US

## INVOICE 12698

| | |
|---|---|
| **DATE** 09/01/2020 | **TERMS** Due on receipt |

**DUE DATE** 09/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: September 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 80 | 35.00 | 2,800.00 |
| DIT Endpoint Protection for Workstation | 80 | 2.50 | 200.00T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -613.80 | -613.80 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT. Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 4,108.70 |
| TAX | 12.63 |
| TOTAL | 4,121.33 |

**TOTAL DUE** **$4,121.33**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI 48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI 48220 US

## INVOICE 12608

**DATE** 10/01/2020   **TERMS** Due on receipt

**DUE DATE** 10/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: October 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 60 | 50.00 | 3,000.00 |
| DIT Endpoint Protection for Workstation | 60 | 2.50 | 150.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |
| Onsite Technician | 15 | 110.50 | 1,657.50 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ■■■■■■■
Routing Number for ACH: ■■■■■■■
Account#: ■■■■■■
SWIFT Code: ■■■■■■■

| | |
|---|---|
| SUBTOTAL | 6,298.35 |
| TAX | 9.84 |
| TOTAL | 6,308.19 |

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

Any and all disputes to any item must be made in writing within 5 business days from date received.

| TOTAL DUE | $6,308.19 |

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12699

**DATE** 10/01/2020    **TERMS** Due on receipt

**DUE DATE** 10/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: October 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 79 | 35.00 | 2,765.00 |
| DIT Endpoint Protection for Workstation | 79 | 2.50 | 197.50T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -613.80 | -613.80 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 4,071.20 |
| TAX | 12.48 |
| TOTAL | 4,083.68 |

| TOTAL DUE | **$4,083.68** |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12487

**DATE** 09/01/2020   **TERMS** Due on receipt

**DUE DATE** 09/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: September 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 48 | 50.00 | 2,400.00 |
| DIT Endpoint Protection for Workstation | 48 | 2.50 | 120.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |
| Onsite Technician | 15 | 110.50 | 1,657.50 |

\*\* PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com\*\*

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ██████
Routing Number for ACH: ██████
Account#: ██████
SWIFT Code: ██████

| | |
|---|---|
| SUBTOTAL | 5,668.35 |
| TAX | 8.04 |
| TOTAL | 5,676.39 |

\*\* Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

Any and all disputes to any item must be made in writing within 5 business days from date received.

| TOTAL DUE | $5,676.39 |

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12391

**DATE** 07/01/2020    **TERMS** Due on receipt

**DUE DATE** 07/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: July 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 48 | 50.00 | 2,400.00 |
| DIT Endpoint Protection for Workstation | 48 | 2.50 | 120.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |
| Onsite Technician (4 Hours, 3 Days a Week) | 48 | 110.50 | 5,304.00 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 9,314.85 |
| TAX | 8.04 |
| TOTAL | 9,322.89 |

**TOTAL DUE**      **$9,322.89**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12392

**DATE** 08/01/2020      **TERMS** Due on receipt

**DUE DATE** 08/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: August 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 48 | 50.00 | 2,400.00 |
| DIT Endpoint Protection for Workstation | 48 | 2.50 | 120.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |
| Onsite Technician (4 Hours, 3 Days a Week) | 48 | 110.50 | 5,304.00 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 9,314.85 |
| TAX | 8.04 |
| TOTAL | 9,322.89 |

**TOTAL DUE**      **$9,322.89**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12393

**DATE** 07/01/2020    **TERMS** Due on receipt

**DUE DATE** 07/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: July 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 70 | 35.00 | 2,450.00 |
| DIT Endpoint Protection for Workstation | 70 | 2.50 | 175.00T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -613.80 | -613.80 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 3,733.70 |
| TAX | 11.13 |
| TOTAL | 3,744.83 |

**TOTAL DUE**     **$3,744.83**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 8940

**DATE** 06/01/2020   **TERMS** Due on receipt

**DUE DATE** 06/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: June 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 80 | 35.00 | 2,800.00 |
| DIT Endpoint Protection for Workstation | 80 | 2.50 | 200.00T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -519.30 | -519.30 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 4,203.20 |
| TAX | 12.63 |
| TOTAL | 4,215.83 |

**TOTAL DUE**                **$4,215.83**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12701

**DATE** 05/01/2020        **TERMS** Due on receipt

**DUE DATE** 05/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: May 2020 | | | |
| DIT Expert Care: Network Firewall | 1 | 75.00 | 75.00 |
| DIT Expert Care: Physical Sever | 2 | 200.00 | 400.00 |
| DIT Exper Care: Virtual Server | 3 | 99.00 | 297.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 31 | 35.00 | 1,085.00 |
| DIT Endpoint Protection for Workstation | 31 | 2.50 | 77.50T |
| DIT Endpoint Protection for Servers | 3 | 3.50 | 10.50T |
| 3 Year Agreement Discount 15% | 1 | -519.30 | -519.30 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 2,365.70 |
| TAX | 5.28 |
| TOTAL | 2,370.98 |

**TOTAL DUE**            **$2,370.98**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12391

**DATE** 07/01/2020    **TERMS** Due on receipt

**DUE DATE** 07/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: July 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 48 | 50.00 | 2,400.00 |
| DIT Endpoint Protection for Workstation | 48 | 2.50 | 120.00T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -684.15 | -684.15 |
| Onsite Technician (4 Hours, 3 Days a Week) | 48 | 110.50 | 5,304.00 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 9,314.85 |
| TAX | 8.04 |
| TOTAL | 9,322.89 |

**TOTAL DUE**    **$9,322.89**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12182

**DATE** 06/01/2020   **TERMS** Due on receipt

**DUE DATE** 06/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Service Period: June 2020 | | | |
| DIT Expert Care: Network Firewall | 3 | 75.00 | 225.00 |
| DIT Expert Care: Physical Sever | 3 | 200.00 | 600.00 |
| DIT Exper Care: Virtual Server | 4 | 99.00 | 396.00 |
| DIT Expert Care: Network Switch | 7 | 25.00 | 175.00 |
| DIT Pro Care: Wireless Access Point | 46 | 15.00 | 690.00 |
| DIT Pro Care: Network Printer | 5 | 15.00 | 75.00 |
| DIT Pro Care: Managed Workstation | 45 | 50.00 | 2,250.00 |
| DIT Endpoint Protection for Workstation | 45 | 2.50 | 112.50T |
| DIT Endpoint Protection for Servers | 4 | 3.50 | 14.00T |
| 3 Year Agreement Discount 15% | 1 | -661.65 | -661.65 |
| Onsite Technician (4 Hours, 3 Days a Week) | 48 | 110.50 | 5,304.00 |

** PLEASE NOTE THIS IS YOUR MONTHLY SUPPORT INVOICE DUE NET15
FROM RECEIPT. ALL SUPPORT INVOICES ARE DUE PRIOR TO THE MONTH
OF SERVICE. If payment is not received by the INVOICE date, services may be
suspended. If you have any questions, please contact Billing@detroitit.com**

Thank you for your business!
Make check payable to Detroit IT.  Please include invoice # on check.
** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 9,179.85 |
| TAX | 7.59 |
| TOTAL | 9,187.44 |

**TOTAL DUE**   **$9,187.44**

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12926

**DATE** 11/18/2020   **TERMS** Net 15

**DUE DATE** 12/03/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Restocking Fee - Zebra TC20 Plus | 26 | 133.80 | 3,478.80T |
| Restocking Fee - Zebra DC Cable | 6 | 6.598 | 39.59T |
| Restocking Fee - Zebra external Printer Server | 22 | 37.80 | 831.60T |
| Restocking Fee - Protective Boot | 28 | 11.05 | 309.40T |
| Restocking Fee - Zebra 5 slot Charging Cradle | 1 | 69.998 | 70.00T |
| Restocking Fee - Zebra Power Supply Adapter | 6 | 19.80 | 118.80T |
| Restocking Fee - Parcel Scales | 10 | 145.00 | 1,450.00T |
| Shipping Charge - Parcel Scales | 10 | 97.45 | 974.50T |
| Shipping Charge - Zebra External Printer Server | 1 | 19.79 | 19.79T |
| Shipping Charge - Zebra TC20, Zebra DC Cable, Zebra 5 Slot Charging Cradle, Zebra Power Supply | 1 | 69.85 | 69.85T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ██████
SWIFT Code: ██████

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 7,362.33 |
| TAX | 441.74 |
| TOTAL | 7,804.07 |

## TOTAL DUE          $7,804.07

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12660

**DATE** 09/20/2020   **TERMS** Net 15

**DUE DATE** 10/05/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Zebra TC20 Mobile Computer | 2 | 559.00 | 1,118.00T |
| Professional Services | 1 | 110.50 | 110.50 |
| 3% - Applied on Oct 6, 2020 | | | 38.87T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 1,267.37 |
| TAX | 69.41 |
| TOTAL | 1,336.78 |

| TOTAL DUE | $1,336.78 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12642

**DATE** 09/20/2020   **TERMS** Net 15

**DUE DATE** 10/05/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Dell Optiplex 3070 (i5/8GB/256SSD/3YR) | 1 | 719.00 | 719.00T |
| Dell 22" E-Series Monitor | 1 | 169.99 | 169.99T |
| Dell All in One Stand | 1 | 99.00 | 99.00T |
| HP LasterJet M402DN | 1 | 189.99 | 189.99T |
| Professional Services | 2 | 110.50 | 221.00 |
| Ticket # 428064 - Urgent Equipment Need | | | |
| 3% - Applied on Oct 6, 2020 | | | 44.09T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ▮▮▮▮▮▮
Routing Number for ACH: ▮▮▮▮▮▮
Account#: ▮▮▮▮▮▮
SWIFT Code: ▮▮▮▮▮▮

| | |
|---|---|
| SUBTOTAL | 1,443.07 |
| TAX | 73.32 |
| TOTAL | 1,516.39 |

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $1,516.39 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12641

**DATE** 09/20/2020   **TERMS** Net 15

**DUE DATE** 10/05/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Dell Optiplex 3070 (i5/8GB/256SSD/3YR) | 1 | 719.00 | 719.00T |
| Dell P2219H Monitor | 1 | 179.00 | 179.00T |
| Professional Services | 2 | 110.50 | 221.00 |
| Ticket # 437556 - New Computer for Mt. Elliot | | | |
| 3% - Applied on Oct 6, 2020 | | | 35.19T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ██████████
Routing Number for ACH: ██████████
Account#: ██████████
SWIFT Code: ██████████

| | |
|---|---|
| SUBTOTAL | 1,154.19 |
| TAX | 55.99 |
| TOTAL | 1,210.18 |

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $1,210.18 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12639

**DATE** 09/20/2020   **TERMS** Net 15

**DUE DATE** 10/05/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Lenovo T490 S (i5/16GB/256GB/3YR) | 1 | 1,299.99 | 1,299.99T |
| Lenovo USB-C Docking Station | 1 | 219.99 | 219.99T |
| Professional Services | 2 | 110.50 | 221.00 |
| Ticket # 438927 - New Laptop for Mark | | | |
| 3% - Applied on Oct 6, 2020 | | | 54.97T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

| | |
|---|---|
| SUBTOTAL | 1,795.95 |
| TAX | 94.50 |
| TOTAL | 1,890.45 |

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | $1,890.45 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12730

**DATE** 09/30/2020   **TERMS** Net 15

**DUE DATE** 10/15/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Dell Optiplex 27" 7770 Touch (i5/8GB/256SSD) | 8 | 1,299.00 | 10,392.00T |
| Ergotron LX Desk Mount | 6 | 209.00 | 1,254.00T |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ████████
Routing Number for ACH: ████████
Account#: ████████
SWIFT Code: ████████

| | |
|---|---|
| SUBTOTAL | 11,646.00 |
| TAX | 698.76 |
| TOTAL | 12,344.76 |

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | **$12,344.76** |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12731

**DATE** 10/08/2020   **TERMS** Net 15

**DUE DATE** 10/23/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| IMPLEMENTATION (ONE TIME) | | | |
| Professional Services - After Hours | 15 | 165.75 | 2,486.25 |
| Migrate DEV-DA-J-APP | | | |
| Migrate PROD-DA-J-APP | | | |
| Migrate SQl-DA-J to DA-MX-ESXI1 | | | |
| Professional Services | 7 | 110.50 | 773.50 |
| Install Vmware ESXI on DA-MX-ESXI | | | |
| Configure DA-DA-MX-ESXI1 | | | |
| Create DA-MX-DC1 | | | |
| Install Windows Server 2019 | | | |
| Configure Server Roles | | | |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ▮▮▮▮▮
Routing Number for ACH: ▮▮▮▮▮
Account#: ▮▮▮▮▮
SWIFT Code: ▮▮▮▮▮

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | **$3,259.75** |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12729

**DATE** 09/30/2020   **TERMS** Net 15

**DUE DATE** 10/15/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Vizio 4K Ulra HD 65" TV | 3 | 649.99 | 1,949.97T |
| 30-70" TV Mount | 3 | 29.90 | 89.70T |
| Dell OptiPlex 5070 Micro (i7/16GB/256SSD/3YR) | 1 | 899.99 | 899.99T |
| Professional Services | 10 | 110.50 | 1,105.00 |
| Project: Mike's Office Cameras | | | |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ██████████
Routing Number for ACH: ██████████
Account#: ████████
SWIFT Code: ████████

| | |
|---|---|
| SUBTOTAL | 4,044.66 |
| TAX | 176.38 |
| TOTAL | 4,221.04 |

** Client will pay interest at the rate of one and a half (1.5) percent per
month or the legally permissible rate, if lower, on all amounts due and
owing not paid in accordance with the due date set forth in the invoice.

| TOTAL DUE | **$4,221.04** |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12728

**DATE** 09/30/2020   **TERMS** Net 15

**DUE DATE** 10/15/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Logitech Rally Plus Premium ConferenceCam | 1 | 2,599.00 | 2,599.00T |
| Dell Optiplex 3060 (i5/8GB/256SSD/3YR) | 1 | 799.00 | 799.00T |
| 1 Lot of Misc Consumables | 1 | 150.00 | 150.00T |
| Professional Services<br>Mount and install Tv's<br>Mount and Install Logitech Rally Plus Camera and speakers<br>Mount, Install and Setup Conference Room Computer | 8 | 110.50 | 884.00 |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ████████
SWIFT Code: ████████

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 4,432.00 |
| TAX | 212.88 |
| TOTAL | 4,644.88 |

| TOTAL DUE | $4,644.88 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.



**Detroit IT**
PO Box 1411
Birmingham, MI  48012 US
(248) 530-1001
billing@detroitit.com
www.detroitmanagedit.com

**BILL TO**
Mike Musheinish
Detroit Axle
2000 Eight Mile Road
Ferndale, MI  48220 US

## INVOICE 12724

**DATE** 08/02/2020    **TERMS** Net 15

**DUE DATE** 08/17/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| FERNDALE, MI - HIGH AVAILABILITY | | | |
| Cisco Meraki MX84 Cloud Managed Security Appliance 3 Year Advanced Security License | 1 | 3,896.75 | 3,896.75T |
| Cisco Meraki MX84 Cloud Managed Security Appliance HA High Availability | 1 | 1,296.75 | 1,296.75T |
| Professional Services Configuration Create Cisco Meraki dashboard account Add Cisco MX to dashboard Configure general settings Configure alerting Configure WAN/LAN/VLAN Configure firewall Configure security services | 8 | 110.50 | 884.00 |
| Professional Services Cutover - After Hours | 2 | 165.75 | 331.50 |
| JUAREZ, MX - HIGH AVAILABILITY | | | |
| Professional Services Configuration & Cutover Create Cisco Meraki dashboard account Add Cisco MX to dashboard Configure general settings Configure alerting Configure WAN/LAN/VLAN Configure firewall Configure security services | 6 | 110.50 | 663.00 |
| Professional Services Cutover - After Hours | 2 | 165.75 | 331.50 |
| OAK PARK, MI | | | |
| Cisco Meraki MX67 Cloud Managed Security Appliance 3 Year Advanced Security License | 1 | 1,361.75 | 1,361.75T |
| Professional Services Configuration & Cutover Create Cisco Meraki dashboard account Add Cisco MX to dashboard Configure general settings Configure alerting Configure WAN/LAN/VLAN Configure firewall Configure security services | 6 | 110.50 | 663.00 |

Any and all disputes to any item must be made in writing within 5 business days from date received.

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SHANGHAI, CN | | | |
| Cisco Meraki MX67 Cloud Managed Security Appliance | 1 | 1,361.75 | 1,361.75T |
| 3 Year Advanced Security License | | | |
| Professional Services - Configuration | 6 | 110.50 | 663.00 |
| Create Cisco Meraki dashboard account | | | |
| Add Cisco MX to dashboard | | | |
| Configure general settings | | | |
| Configure alerting | | | |
| Configure WAN/LAN/VLAN | | | |
| Configure firewall | | | |
| Configure security services | | | |
| Professional Services - Cutover (After Hours) | 2 | 165.75 | 331.50 |
| DETROIT, MI | | | |
| Cisco Meraki MX67 Cloud Managed Security Appliance | 1 | 1,361.75 | 1,361.75T |
| 3 Year Advanced Security License | | | |
| Professional Services - Configuration & Cutover | 6 | 110.50 | 663.00 |
| Create Cisco Meraki dashboard account | | | |
| Add Cisco MX to dashboard | | | |
| Configure general settings | | | |
| Configure alerting | | | |
| Configure WAN/LAN/VLAN | | | |
| Configure firewall | | | |
| Configure security services | | | |
| IT Project - Q#21389 GLOBAL FIREWALL UPGRADES 50% DEPOSIT | 1 | -6,990.75 | -6,990.75 |

Thank you for your business!

Make check payable to Detroit IT.  Please include invoice # on the check.

Bank Information:
Account Name: Detroit IT
Bank Name: JP Morgan Chase
Routing Number for Wire: ███████
Routing Number for ACH: ███████
Account#: ███████
SWIFT Code: ███████

** Client will pay interest at the rate of one and a half (1.5) percent per month or the legally permissible rate, if lower, on all amounts due and owing not paid in accordance with the due date set forth in the invoice.

| | |
|---|---|
| SUBTOTAL | 6,818.50 |
| TAX | 556.73 |
| TOTAL | 7,375.23 |

| TOTAL DUE | $7,375.23 |
|---|---|

Any and all disputes to any item must be made in writing within 5 business days from date received.