# **EXHIBIT 20**

**Detroit Axle Equipment**

- 2000 8 Mile Ferndale, MI, 48220
    - 8x Dell Optiplex 27" 7770 Touch -Verbal/Email/Text Approval by CEO or COO – **Invoice 12730**
    - 6x Ergotron LX Desk Mount -Verbal/Email/Text Approval by CEO or COO – **Invoice 12730**
    - 2x Lenovo 22" ThinCentre Tiny In One 21.5" Monitor with Speaker and Webcam - Verbal/Email/Text Approval by CEO or COO – **Invoice 12716**
    - 2x Lenovo ThinkCentre Tiny M75Q -Verbal/Email/Text Approval by CEO or COO – **Invoice 12716**
    - 1x Samsung Galaxy Tab A - 10.1 -Verbal/Email/Text Approval by CEO or COO – **Invoice 12836**
    - 1x Samsung Galaxy 10.1 Shockproof Case with Hand Strap -Verbal/Email/Text Approval by CEO or COO – **Invoice 12836**
    - 1x Samsung Galaxy 8.0 Protective Case with Hand Strap -Verbal/Email/Text Approval by CEO or COO – **Invoice 12836**
    - 1x Rolling Tablet Stand -Verbal/Email/Text Approval by CEO or COO – **Invoice 12836**
    - 1x Zebra DS2278 Cordless Handheld Scanner -Verbal/Email/Text Approval by CEO or COO – **Invoice 12836**
    - 1x Metal Basket Add-On – Verbal/Email/Text Approval by CEO or COO – **Invoice 12836**
    - 1x Kensington 6 Outlet Surge Strip - Verbal/Email/Text Approval by CEO or COO - **Invoice 12836**
    - 1x Dell PowerEdge R440 – Verbal/Email/Text Approval by CEO or COO – **Invoice 12980**
    - 4x HP LaserJet M402 -Verbal/Email/Text Approval by CEO or COO – **Invoice 12953**
    - 1x Ubiquiti 8 Port 60W Switch -Verbal/Email/Text Approval by CEO or COO - **Invoice 12358**
    - 4x Ubiquiti Unifi Nano-HD Access Points - Verbal/Email/Text Approval by CEO or COO – **Invoice 12358**
    - 4x Ubiquiti Unifi Long Range Access Points -Verbal/Email/Text Approval by CEO or COO – **Invoice 12358**
- 9800 Mt. Elliot, Detroit MI 48211
    - 1x Dell PowerEdge R440 - Q#21462 – **Invoice 12952**
    - 14x Motorola MC55A Handheld Computer - Verbal/Email/Text Approval by CEO or COO – **Invoice 12838**
    - 2x Cisco Meraki MX84 Cloud Managed Security Appliance - Q#21462- **Invoice 12951**
    - 1x Ubiquiti UniFi Cloud Key Gen 2 - Q#21462 – **Invoice 12951**
    - 1x Ubiquiti UniFi Switch 16 XG - Q#21462 - **Invoice 12951**
    - 1x Ubiquiti UniFi Redundant Power System - Q#21462 - **Invoice 12951**
    - 7x Ubiquiti Unifi Switch Pro 24 POE - Q#21462 - **Invoice 12951**
    - 49x Ubiquiti UniFi Long Range Access Point - Q#21462 - **Invoice 12951**
    - 1x Tripplite 24U Cabinet - Q#21462 – **Invoices 13223**
    - 6x Tripplite 9U Wall Mount Cabinet - Q#21462 - **Invoices 13223**
    - 5x Tripplite 22000VA UPS - Q#21462 - **Invoices 13223**
    - 1x Ubiquiti Unifi Switch Pro 48 POE - Q#21462 - **Invoices 13223**
    - 4x Ubiquiti Unifi Switch Pro 24 POE - Q#21462 - **Invoices 13223**

- 16x Ubiquiti Unifi Long Range Access Points - Q#21462 - **Invoice 12951**
- 1x Ubiquiti 8 Port 60W Switch - Verbal/Email/Text Approval by CEO or COO – **Invoice 12951**
- 1x Ubiquiti SFP+ MM Module (20 Pack) - Q#21462 - **Invoices 13223**
- 1x Cloud Key G2 Rack Mount - Q#21462 - **Invoices 13223**
- 2x Dell OptiPlex 3070 Micro - Q#21465/Verbal/Email/Text Approval by CEO or COO - **Invoice 13224**
- 2x Dell Optiplex Micro All in One Stand - Q#21465/Verbal/Email/Text Approval by CEO or COO - **Invoice 13224**
- 4x Dell 22" E-Series Monitor - Q#21465/Verbal/Email/Text Approval by CEO or COO - **Invoice 13224**
- 6x Hikvision 4 MP ColorVu Cameras -Verbal/Email/Text Approval by CEO or COO – **Invoice 12380**
- 16x Hikvision 4mm Outdoor Turret Camera - Verbal/Email/Text Approval by CEO or COO – **Invoice 12380**
- 1x Hikvision 32-Channel NVR with 16TB – Verbal/Email/Text Approval by CEO or COO – **Invoice 12380**
- 2x Hikvision 4mm Night Vision Camera - Verbal/Email/Text Approval by CEO or COO – **Invoice 12380**
- 14x 2U Horizontal Cable Management - Q#21462 - **Invoice 13223**
- 6x Tripplite Web Management Card - Q#21462 - **Invoice 13223**
- 35x Commscope CAT6 PVC 1,000ft – Q#21462 – **Invoice 13223**
- 200x Leviton CAT6 Jacks – Q#21462 - **Invoice 13223**
- 750x Thomas and Betts Beam Claims - Q#21462 - **Invoice 13223**
- 750x 2' Bridle Rings - Q#21462 - **Invoice 13223**
- 3x 6 Strand Multi-Mode Fiber Assembly - Q#21462 - **Invoice 13223**