# **EXHIBIT 21**

Detroit IT Equipment

| Qty. | Model | Cost | Total Cost / Product |
|---|---|---|---|
| 1 | Ubiquiti Unifi Switch Pro 24 POE | $699.00 | $699.00 |
| 2 | Ubiquiti Unifi Switch Pro 48 POE | $1,099.00 | $2,198.00 |
| 1 | Ubiquiti SFP+ MM Module (20 Pack) | $360.00 | $360.00 |
| 12 | Ubiquiti Unifi Long Range Access Point | $109.00 | $1,308.00 |
| 18 | Dell Optiplex 3070 Micro | $633.00 | $11,394.00 |
| 18 | Dell Optiplex Micro All In One Stand | $891.00 | $16,038.00 |
| 18 | Dell 22" E-Series Monitor | $135.99 | $2,447.82 |
| 2 | Dell 24" Professional Services Monitor | $189.99 | $379.98 |
| 2 | Hikvision 4MP ColorVu Network Camera | $209.00 | $418.00 |
| 3 | Hikvision 4MP Bullet Network Camera | $220.00 | $660.00 |
| 9 | Hikvision 4MP Dome Network Camera | $123.00 | $1,107.00 |
| 1 | Tripplite 2200 VA UPS | $669.36 | $669.36 |
| 1 | Tripplite 9U Wall Mount Cabinet | $297.50 | $297.50 |
| | | | $37,976.66 |