UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Axle of Dearborn, Inc., et al.,

                              Plaintiff(s),

v.                                              Case No. 4:21–cv–10163–SDD–APP
                                                Hon. Stephanie Dawkins Davis

Detroit IT, LLC, et al.,

                              Defendant(s),
_____


**NOTICE OF MOTION HEARING**

   You are hereby notified to appear before District Judge Stephanie Dawkins Davis at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan.  The following motion(s) are scheduled for hearing:

               Motion to Dismiss – #37
               Motion to Dismiss – #42

      • MOTION HEARING:  November 10, 2021 at 02:00 PM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/T. Hallwood_____
                                   Case Manager

Dated:  August 23, 2021