# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; and **DETROIT AXLE QSSS, INC.**, a Michigan corporation,

      Plaintiffs,

v.

**DETROIT IT, LLC**, a Michigan limited liability company and **ERIC GRUNDLEHNER**, an individual,

      Defendants.

and

**DETROIT IT, LLC**, a Michigan limited liability company,

      Counter-Plaintiff,

v.

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; **DETROIT AXLE QSSS, INC.**, a Michigan corporation, and **MOUHAMED MUSHEINESH**, an individual.

      Counter-Defendants.

Case No. 21-cv-10163
Hon. Gershwin A. Drain
United States District Judge

## NOTICE OF APPEARANCE

Please enter the appearance of Yohana Iyob with the law firm of Taft Stettinius & Hollister LLP, on behalf of Plaintiffs/Counter-Defendants Axle of Dearborn, Inc. D.B.A. Detroit Axle, Detroit Axle, Inc., Detroit Axle QSSS, Inc. and Mouhamed Musheinesh in the above-captioned matter.

                                              Respectfully submitted,

Dated: June 15, 2023      By:   /s/ Yohana Iyob
                                                     Jonathan H. Schwartz (P70819)
                                                     Mark Kowalsky (P35573)
                                                     Benjamin M. Low (P82834)
                                                   Scott M. Assenmacher (P81190)
                                                   Paige M. Szymanski (P81746)
                                                   Yohana Iyob (6342042)
                                                   *Attorneys for Plaintiffs/Counter-Defendants*
                                                   27777 Franklin Rd., Ste. 2500
                                                   Southfield, MI  48034
                                                   (248) 351-3000
                                                   yiyob@taftlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Yohana Iyob, state that I am an employee of Taft Stettinius & Hollister, LLP and that on June 15, 2023, I served the foregoing papers and this *Certificate of Service* via the Court's electronic filing system.

/s/Yohana Iyob
yiyob@taftlaw.com
