UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Axle of Dearborn, Inc., et al.,

                    Plaintiff(s),

v.                                        Case No. 2:21–cv–10163–GAD–APP
                                                      Hon. Gershwin A. Drain

Detroit IT, LLC, et al.,

                    Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion for Withdrawal of Attorney – #58
        Motion for Withdrawal of Attorney – #59
        Motion for Withdrawal of Attorney – #60
        Motion for Withdrawal of Attorney – #61

- MOTION HEARING: August 4, 2023 at 10:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/T McGovern
                                                        Case Manager

Dated:  July 6, 2023