IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; and **DETROIT AXLE QSSS, INC.**, a Michigan corporation,

    Plaintiffs,

v.

**DETROIT IT, LLC**, a Michigan limited liability company and **ERIC GRUNDLEHNER**, an individual,

    Defendants.

and

**DETROIT IT, LLC**, a Michigan limited liability company,

    Counter-Plaintiff,

v.

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; **DETROIT AXLE QSSS, INC.**, a Michigan corporation, and **MOUHAMED MUSHEINESH**, an individual.

    Counter-Defendants.

Case No. 21-cv-10163
Hon. Gershwin A. Drain
Magistrate Anthony P. Patti

---

## PLAINTIFFS/COUNTER-DEFENDANTS' LAY WITNESS LIST

Plaintiffs/Counter-Defendants Axle of Dearborn, Inc. d.b.a. Detroit Axle, Detroit Axle, Inc., Detroit Axle QSSS, Inc., and Mouhamed Musheinesh, for their Lay Witness List state as follows:

1. Mike Musheinesh, care of Plaintiffs' counsel;

2. Marcie Pearce, care of Plaintiffs' counsel;

3. Michael McCauley, care of Plaintiffs' counsel;

4. Russ Rowan, care of Plaintiffs' counsel;

5. Eric Grundlehner, care of Defendants' counsel;

6. Stephanie Miller, care of Defendants' counsel;

7. Jason Bache, care of Defendants' counsel;

8. Dan Goldman, care of Defendants' counsel;

9. Current or former employees and/or representatives of Detroit IT, care of Defendants' counsel;

10. Louis Fonseca, 3300 Walton Blvd, Rochester Hills, MI 48309;

11. Representatives from Auxiom, care of Plaintiffs' counsel;

12. Current or former employees and/or representatives of Detroit Axle, care of Plaintiffs' counsel;

13. Representatives from Microsoft Corporation, 30600 Telegraph Road, Bingham Farms, MI 48025;

14. Representatives from Apple, Inc., 40600 Ann Arbor Rd E Ste 201, Plymouth, MI 48170;

15. Representatives from Google LLC, 3410 Belle Chase Way, Ste 600, Lansing, MI 48911;

128010978

16. Representatives from Hertz Schram, 1760 S Telegraph Road #300, Bloomfield Hills, MI 48302;

17. Alexander Stotland, 121 W. Long Lake Road #100, Bloomfield Hills, MI 48034;

18. Representatives from Ubiquiti Inc., 685 Third Ave, 27th Floor, New York, NY 10017;

19. Representatives from Cisco Meraki, 500 Terry Francois Blvd, San Francisco, CA 94158;

20. Representatives from iTernity GmbH, 600 Eagleview Blvd, Suite 300, Exton, PA 19341;

21. Representatives from Dell Inc., 1 Dell Way, Round Rock, TX 78682;

22. Representatives from Xerox Corporation, 40600 Ann Arbor Rd E Ste 201, Plymouth, MI 48170;

23. Representatives from VMWare, Inc., 3401 Hillview Ave, Palo Alto, CA 94304;

24. Representatives from Zebra, 28175 Haggerty Road, Novi, MI 48377;

25. Representatives from Joelson Rosenberg, 30665 Northwestern Highway, Suite 200, Farmington Hills, MI 48334;

26. Jason Yert, 30665 Northwestern Highway, Suite 200, Farmington Hills, MI 48334;

27. Any witnesses identified in ongoing discovery;

28. Any and all persons necessary to lay foundation or authenticate documents for the admission of evidence;

29. All expert witnesses;

30. All necessary rebuttal witnesses;

31. All witnesses listed on Defendants' Witness List and

32. All witnesses required for impeachment purposes

Plaintiffs/Counter-Defendants expressly reserve the right to amend or supplement this Lay Witness List on the basis that additional evidence and/or witnesses may be discovered.

                                            Respectfully submitted,

                                            TAFT STETTINIUS & HOLLISTER, LLP

Dated: July 14, 2023      By:   /s/ Benjamin M. Low
                                            Jonathan H. Schwartz (P70819)
                                            Benjamin M. Low (P82834)
                                            Paige M. Szymanski (P81746)
                                            *Attorneys for Plaintiffs*
                                            27777 Franklin Rd., Ste. 2500
                                            Southfield, MI  48034
                                            (248) 351-3000
                                            jschwartz@taftlaw.com
                                            benlow@taftlaw.com
                                            pszymanski@taftlaw.com

128010978