UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AXLE OF DEARBORN, INC. d/b/a
DETROIT AXLE, DETROIT AXLE,
INC., and DETROIT AXLE QSSS, INC.,

    Plaintiffs,

v.

DETROIT IT, LLC, and ERIC
GRUNDLEHNER,

    Defendants,

and

DETROIT IT, LLC,

    Counter-Plaintiff,

v.

AXLE OF DEARBORN, INC. d/b/a
DETROIT AXLE, DETROIT AXLE,
INC., DETROIT AXLE QSSS, INC., and
MOUHAMED MUSHEINESH,

    Counter-Defendants.

Case No. 21-cv-10163

Honorable Gershwin A. Drain
Magistrate Judge Anthony P. Patti

_____

## DEFENDANT/COUNTER-PLAINTIFF DETROIT IT, LLC AND DEFENDANT ERIC GRUNDLEHNER'S WITNESS LIST

Defendant/Counter-Plaintiff Detroit IT, LLC and Defendant Eric Grundlehner, by and through their attorneys, Varnum LLP, identify the following as witnesses who may testify at trial:

1. Eric Grundlehner.
2. Stephanie Miller.
3. Mouhamed Musheinesh.
4. Luis Fonseca.
5. Marcie Pearce.
6. Dan Mayer.
7. Matt Loria.
8. Jack Starr.
9. James Burger.
10. Chris Jones.
11. Gary Knox.
12. Jim King.
13. Rebecca Bester.
14. Matt Hoffman.
15. Mark Freese.
16. Dennis Tomes.
17. Jason Yert.

18. Callie Marcinkowski.

19. Samantha Beccari.

20. Matt Opificius.

21. Noah Haglund.

22. Jacqueline Adams Williams.

23. Jonathan Schwartz.

24. Current and former representatives of Plaintiffs.

25. Current and former representatives of Auxiom.

26. Current and former representatives of Comcast Business.

27. Current and former representatives of Ebay.

28. Current and former representatives of the Michigan Attorney General's Office.

29. Current and former representatives of UPS.

30. Current and former representatives of Yelp.

31. Current and former representatives of Vonage.

32. Current and former representatives of Plante Moran.

33. Current and former representatives of Amazon.

34. Current and former representatives of Chase.

35. Current and former representatives of Comerica.

36. Current and former representatives of Vision Computer Solutions.

37. Current and former representatives of Taz Computer Networks.

38. Current and former representatives of Joelson Rosenberg.

39. Any records custodians or other witnesses necessary to authenticate or lay foundation for any exhibits.

40. Any witnesses identified on any other witness list.

41. Any necessary rebuttal witnesses, including experts.

42. Any necessary impeaching witnesses presently unknown by Defendants.

43. Any witnesses identified during the course of discovery, which is ongoing in this matter.

44. Any expert witness identified by any other party.

45. In the event that any documentary evidence is admitted into evidence, Defendants may call as a witness any individual concerned with such document, such as the individual authoring the document, the person to whom the document was addressed, the recipient of the document or copies, persons referenced in the document, and the like.

46. Defendants reserve the right to amend this preliminary witness list within a reasonable time after information as to the identity of a witness is obtained during discovery or investigation, and through the time of trial in this matter.

Respectfully submitted,

        Varnum LLP

        By:   */s/ Bradley S. Defoe*
                Bradley S. Defoe (P70233)
                Attorneys for Defendants
                480 Pierce Street, Suite 300
                Birmingham, MI 48009
                (248) 567-7800
                bsdefoe@varnumlaw.com

Dated: July 15, 2023

21452657.1