UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AXLE OF DEARBORN, INC., d/b/a
DETROIT AXLE, a Michigan corporation,
DETROIT AXLE, INC., a Michigan
corporation; and DETROIT AXLE QSSS,
INC., a Michigan corporation,

        Plaintiffs,

v.

DETROIT IT, LLC, a Michigan limited
liability company, ERIC GRUNDLEHNER, an
individual, ~~and STEPHANIE MILLER, an individual~~,

        Defendants,

and

DETROIT IT, LLC, a Michigan limited
liability company,

        Counterclaim Plaintiff,

v.

AXLE OF DEARBORN, INC., d/b/a
DETROIT AXLE, a Michigan corporation,
DETROIT AXLE, INC., a Michigan
corporation, and DETROIT AXLE QSSS,
INC., a Michigan corporation, and
MOUHAMED MUSHEINESH,
an individual, jointly and severally,

        Counterclaim Defendants.

Case No. 21-cv-10163
Hon. Gershwin A. Drain
Magistrate Anthony P. Patti

**DEFENDANTS'/COUNTER-PLAINTIFF'S EXPERT WITNESS LIST**

Defendants'/Counter-Plaintiff's, Detroit IT, LLC, and Eric Grundlehner (collectively, "Detroit IT") for their Expert Witness List state as follows:

1. Individuals from Garrett Discovery, including, but not limited to, Andrew Garrett; 55 E. Monroe St. #3800 Chicago, IL 60603; Garrett Discovery is expected to testify in rebuttal and opposition to Plaintiffs' allegations that Detroit IT gained unauthorized access onto Plaintiffs' network and computer systems;

2. An expert in rebuttal and opposition to Plaintiffs' claimed loss of sales due to any alleged conduct of Detroit IT, to be identified at a future date;

3. An expert in rebuttal and opposition to Plaintiffs' claimed damages, to be identified at a future date;

4. An expert on civil RICO claims, to be identified at a future date; and

5. Any expert witness necessary for the rebuttal of lay or expert testimony.

Detroit IT reserves the right to amend and/or supplement this expert witness list through, and including during, trial.

    Respectfully submitted,

    **ROSSMAN, P.C.**

Dated: September 29, 2023    By:  /s/ Linda R. Oszust
    Mark C. Rossman (P63034)
    Linda R. Oszust (P82818)
    Isra Khuja (P85658)
    *Attorneys for Defendants*
    2145 Crooks Road, Suite 220
    Troy, Michigan 48084
    Telephone: 248.385.5481

>mark@rossmanpc.com
>linda@rossmanpc.com
>isra@rossmanpc.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2023, I electronically filed the foregoing document using the Court's electronic filing system, serving same upon all counsel of record authorized to receive such filings.

>/s/ Linda R. Oszust
>Linda R. Oszust
>2145 Crooks Road, Suite 220
>Troy, Michigan 48084
>Telephone: 248.385.5481
>linda@rossmanpc.com

3