IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; and **DETROIT AXLE QSSS, INC.**, a Michigan corporation,

    Plaintiffs,

v.

**DETROIT IT, LLC**, a Michigan limited liability company and **ERIC GRUNDLEHNER**, an individual,

    Defendants.

and

**DETROIT IT, LLC**, a Michigan limited liability company,

    Counter-Plaintiff,

v.

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; **DETROIT AXLE QSSS, INC.**, a Michigan corporation, and **MOUHAMED MUSHEINESH**, an individual.

    Counter-Defendants.

Case No. 21-cv-10163
Hon. Gershwin A. Drain
Magistrate Anthony P. Patti

---

**STIPULATED ORDER TO DISMISS CASE**

This Court, upon the stipulation of Plaintiffs Axle of Dearborn, Inc. d.b.a. Detroit Axle, Detroit Axle, Inc., and Detroit Axle QSSS and Counter-Defendant Mouhamed Musheinesh (collectively, the "Plaintiffs") and Defendants Detroit IT, LLC and Eric Grundlehner (collectively, the "Defendants), with the Parties having settled this lawsuit, and the Court otherwise being fully advised, **HEREBY ORDERS** as follows:

This case, including all claims and counterclaims, is **DISMISSED** with prejudice and without costs, sanctions, or fees to any party.

**IT IS SO ORDERED.**

Date: June 7, 2024

s/Gershwin A. Drain
Hon. Gershwin A. Drain
District Court Judge

Stipulated and approved as to form,
content, and for entry:

/s/Jonathan H. Schwartz
Jonathan H. Schwartz (P70819)
Benjamin Low (P82834)
Paige M. Szymanski (P81746)
Taft Stettinius & Hollister, LLP
*Attorneys for Plaintiffs*
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
jschwartz@taftlaw.com
benlow@taftlaw.com
pszymanski@taftlaw.com

/s/Patrick C. Lannen (w/permission)
Patrick C. Lannen (P73031)
Erik H. Johnson (P85017)
Attorneys for Defendants/Counterclaim Plaintiffs
38505 Woodward Ave, Suite 100
Bloomfield hills, MI 48034
(248) 901-4027 (248) 901-4040 (fax)
plannen@plunkettcoonet.com
ejohnson@plunkettcooney.com