# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; and **DETROIT AXLE QSSS, INC.**, a Michigan corporation,

       Plaintiffs,

v.

**DETROIT IT, LLC**, a Michigan limited liability company and **ERIC GRUNDLEHNER**, an individual,

       Defendants.

and

**DETROIT IT, LLC**, a Michigan limited liability company,

       Counter-Plaintiff,

v.

**AXLE OF DEARBORN, INC., D.B.A. DETROIT AXLE**, a Michigan corporation; **DETROIT AXLE, INC.**, a Michigan corporation; **DETROIT AXLE QSSS, INC.**, a Michigan corporation, and **MOUHAMED MUSHEINESH**, an individual.

       Counter-Defendants.

Case No. 21-cv-10163
Hon. Gershwin A. Drain
Magistrate Anthony P. Patti

---

**AMENDED STIPULATED ORDER TO RELEASE ESCROW**

## AMENDED STIPULATED ORDER TO RELEASE ESCROW

This Court, upon the stipulation of Plaintiffs Axle of Dearborn, Inc. d.b.a. Detroit Axle, Detroit Axle, Inc., and Detroit Axle QSSS and Counter-Defendant Mouhamed Musheinesh (collectively, the "Plaintiffs") and Defendants Detroit IT, LLC and Eric Grundlehner (collectively, the "Defendants), and seeing that the parties have settled this lawsuit, and the Court otherwise being fully advised, pursuant to Local Rule 67.1(b), **HEREBY ORDERS** as follows:

The $50,000.00 escrow that was paid to the Court in this matter, in addition to 100% of any applicable interest, shall be released to Axle of Dearborn, Inc. d.b.a. Detroit Axle.

The escrow, and all accrued interest, shall be mailed to:

> Detroit Axle
> c/o Valbona Rusay
> 2000 Eight Mile Road
> Ferndale, MI 48220

**IT IS SO ORDERED.**

Date: JUNE 28, 2024

_/s/ Gershwin A. Drain_
Hon. Gershwin A. Drain
District Court Judge

Stipulated and approved as to form, content, and for entry:

| | |
|---|---|
| /s/Jonathan H. Schwartz | /s/Patrick C. Lannen (w/permission) |
| Jonathan H. Schwartz (P70819) | Patrick C. Lannen (P73031) |
| Benjamin Low (P82834) | Erik H. Johnson (P85017) |
| Paige M. Szymanski (P81746) | Attorneys for Defendants/Counterclaim |
| Taft Stettinius & Hollister, LLP | Plaintiffs |

*Attorneys for Plaintiffs*
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
jschwartz@taftlaw.com
benlow@taftlaw.com
pszymanski@taftlaw.com

38505 Woodward Ave, Suite 100
Bloomfield hills, MI 48034
(248) 901-4027 (248) 901-4040 (fax)
plannen@plunkettcoonet.com
ejohnson@plunkettcooney.com